FILED
2025 Feb-25 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

2025 FEB 25 P 2: 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. HENRI BEAULIEU,**<br><br>**Plaintiff-Relator,**<br><br>**v.**<br><br>**SHELBY COUNTY, ALABAMA; SHELBY COUNTY COMMISSION and the individual commissioners, KEVIN MORRIS, TOMMY EDWARDS, JON PARKER, WARD WILLIAMS, ELWYN BEARDEN, JEFF BRUMLOW, LINDSEY ALLISON, RICK SHEPHERD, and ROBBIE HAYES, in their official capacities as SHELBY COUNTY COMMISSIONERS; and CHAD SCROGGINS, in his official capacity as County Manager and Airport Manager of Shelby County, Alabama,**<br><br>**Defendants.** | * | **CASE NO.: 2:25-cv-** |

**COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT (31 U.S.C. §3729, et seq.) FILED UNDER SEAL**

COMES NOW the Plaintiff-Relator, Henri Beaulieu, and hereby brings the following action against the Defendants, Shelby County, Alabama, and the individually named Defendants in their official capacities, and would show as follows:

**Introduction:**

1. Plaintiff-Relator, Henri Beaulieu, by and through his undersigned counsel, brings this qui tam action under the False Claims Act (31 U.S.C. §3729, et seq.) on behalf of the United

States of America against Shelby County, Alabama, and certain county officials, alleging fraudulent misuse of federal grant funds administered by the Federal Aviation Administration (FAA).

2. Specifically, Defendants (sometimes hereinafter referred to collectively as "the County") knowingly and falsely certified compliance with FAA Grant Assurances 22 (Economic Nondiscrimination) and 25 (Revenue Use) to obtain and retain Airport Improvement Program (AIP) grants while failing to properly account for or allocate airport revenue in violation of federal law and Alabama law (Ala. Code §4-4-1(6)).

3. Further, Defendants have actively failed to disclose financial information or have engaged in selective disclosure to obstruct scrutiny into their compliance with FAA grant requirements.

**Jurisdiction and Venue:**

6. This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 31 U.S.C. §3732(a) because this action arises under the False Claims Act.

7. Venue is proper in the Northern District of Alabama, Southern Division, under 31 U.S.C. §3732(a) because Defendants reside, transact business, and committed the acts of fraud within this District and Division.

**Parties:**

8. Relator, Henri Beaulieu, is a private citizen residing in Shelby County, Alabama. He brings this action on behalf of the United States Government based on direct knowledge and investigation into fraudulent financial activities at the Shelby County Airport, located in Calera/Alabaster, Shelby County, Alabama.

9. Defendant, Shelby County, Alabama, is a political subdivision of the State of Alabama, responsible for the administration and management of the Shelby County Airport (the "Airport"). As the owner and operator of the Airport, Shelby County is the recipient of Federal Aviation Administration (FAA) Airport Improvement Program (AIP) funds, bearing responsibility for compliance with associated federal regulations, including FAA Grant Assurances.

10. Defendant, Shelby County Commission, is the governing body of Shelby County, comprising a nine-member policy board. The Shelby County Commission is responsible for approving the county budget, overseeing financial operations, and ensuring compliance with federal funding requirements.

11. Defendants, County Commissioners, Kevin Morris, Tommy Edwards, Jon Parker, Ward Williams, Elwyn Bearden, Lindsey Allison, Rick Shepherd, and Robbie Hayes, held office during most of the relevant grant application and award periods, Jeff Brumlow only served for a short period in 2023 and 2024. The Commissioners were collectively responsible for FAA grant application approvals, budgetary approvals and financial oversight of the Airport.

12. Defendant, Chad Scroggins, is the County Manager of Shelby County, and is responsible for overseeing county departments, including the Airport. As Airport Manager, he is responsible for certifying compliance with FAA grants and ensuring fiscal transparency.

**<u>Statement of Facts</u>:**

13. The County owns and operates public, general aviation 'municipal' airport - the Shelby County Airport - which features a 75-foot-wide, 5,001-foot asphalt runway and accommodates approximately 160+ based aircraft through various hangar rental arrangements.

The Airport provides fuel services and other facilities, and has two designated/department flight schools and an aircraft maintenance shop.

14. The Code of Alabama defines a "Municipal Airport" like the Shelby County Airport at § 4-4-1(6) as an

> "airport under the direct control and management of a municipality [here, the County]; provided, that for the purpose of this and the following definition, the letting by a municipality to others of any privilege or concession upon an airport shall not be construed as depriving the municipality of any control or management over any part of such airport or the operations thereon."

15. Between 2014-2024, the County applied for and received various Federal Aviation Administration ("FAA") Airport Improvement Program ("AIP") grants for the Shelby County Airport (the "Airport"), totaling approximately $2 to $3 million based on available information. These grants required mandatory compliance with FAA Grant Assurances, which the County certified it would follow in accepting the federal funds, but failed to uphold, including FAA Grant Assurance 22 (Economic Nondiscrimination) and FAA Grant Assurance 25 (Airport Revenues).

16. The FAA Grant Assurances, which are incorporated into every grant agreement upon acceptance, impose binding obligations on airport sponsors, requiring compliance throughout the useful life of federally funded projects and, in the case of airport revenue and exclusive rights provisions, for as long as the airport remains in operation. These assurances, mandated under Title 49, U.S.C., subtitle VII, ensure that public-use airports remain subject to economic nondiscrimination, proper revenue use, and operational oversight, including obligations related to noise compatibility programs where applicable (source: https://www.faa.gov/airports/aip/

grant_assurances).

17. **FAA Grant Assurance 22** (Economic Nondiscrimination) provides, in pertinent part, that the airport sponsor, Shelby County, by accepting federal FAA grant funds, agrees as follows:

> "a. It will make the airport available as an airport for public use on reasonable terms and without unjust discrimination to all types, kinds and classes of aeronautical activities, including commercial aeronautical activities offering services to the public at the airport.
>
> b. In any agreement, contract, lease, or other arrangement under which a right or privilege at the airport is granted to any person, firm, or corporation to conduct or to engage in any aeronautical activity for furnishing services to the public at the airport, the sponsor will insert and enforce provisions requiring the contractor to:
>
> 1. Furnish said services on a reasonable, and not unjustly discriminatory, basis to all users thereof, and
> 2. Charge reasonable, and not unjustly discriminatory, prices for each unit or service, provided that the contractor may be allowed to make reasonable and nondiscriminatory discounts, rebates, or other similar types of price reductions to volume purchasers."

18. The County has unlawfully ceded operational control of the Airport to private businesses, including flight schools and other tenants, by granting them privileges and concessions while failing to maintain direct oversight, in violation of Alabama Code § 4-4-1(6). While Alabama law permits the County to lease privileges or concessions, it explicitly states that such leasing does not relieve the County of its responsibility to retain control and management over Airport operations.

19. Despite this requirement, the County has allowed private businesses to dictate scheduling and operations, including activities that cause noise harm—both intentionally and

retaliatorily—thereby undermining its legal authority over the Airport. At the same time, the County has deflected community concerns about aircraft noise by directing complaints to the FAA, despite knowing that the FAA does not regulate noise from general aviation aircraft. The County could not have obtained FAA grant funds without falsely certifying that it retained full control and oversight of the Airport, including compliance with state law.

20. The County has prioritized the financial and operational interests of its airport tenants, particularly flight schools, and other Airport users, over those of the surrounding community, allowing unrestricted airport expansion without regard for its impact on growing residential areas. This has resulted in unchecked aircraft noise and disruptions, which the County has failed to regulate or mitigate. This has led to increased disruptions in residential areas while the County dismisses concerns by directing complaints to the FAA—despite knowing that the FAA does not regulate noise from general aviation aircraft.

21. The County has actively sought to suppress criticism of its airport operations, including by filing a lawsuit against Relator, Henri Beaulieu ("Mr. Beaulieu"), on April 2, 2024, in the Circuit Court of Shelby County, Alabama. The lawsuit alleges that Beaulieu interfered with Airport operations and business relationships, even though his actions consisted of lawful petitioning and public speech regarding airport mismanagement. By suing Relator on April 2, 2024, Defendants sought to conceal their Grant Assurance violations, knowing his inquiries threatened FAA funding.

22. The lawsuit was filed after Mr. Beaulieu specifically raised concerns about financial transparency—particularly after he emailed the County on February 16, 2024, questioning whether violating federal grant conditions could constitute federal fraud. In this email, he

specifically asked: "Does the County and do you understand that knowingly violating specific clauses of the federal grants is possibly federal fraud? You have accepted assurances which relinquish your control of the airport. 4-4-1(6) states privileges cannot be relinquished. You gave the FAA privileges to control your airport when you accepted the grants." He further asked whether any action was taken or the matter investigated.

23. On March 16, 2024, Plaintiff-Relator Henri Beaulieu also notified County Manager Chad Scroggins and other officials that the County was violating FAA Grant Assurances by disregarding lease restrictions and failing to regulate tenant activities. He warned that continued misrepresentations would be considered intentional fraud, among multiple other emails addressing these federal grant issues.

24. Despite this notice, Defendants proceeded with grant-funded hangar projects and continued submitting false certifications of compliance to the FAA. The County's lawsuit against Mr. Beaulieu was preceded by a cease and desist letter, with which he complied under duress, yet was sued anyway.

25. The April 2, 2024, lawsuit seeks to permanently enjoin Mr. Beaulieu's speech and petitioning on Airport-related issues. The vague and conclusory claims target his protected activities, including documenting airport operations, functioning as a Strategic Lawsuit Against Public Participation (SLAPP) to silence opposition rather than address legitimate legal claims.

26. In its lawsuit against Mr. Beaulieu, the County claimed it has no authority over flight schools or any other aircraft operations or noise issues—directly contradicting its FAA certifications, in which it affirmed full control over airport management and oversight. All Commissioners voted on March 25, 2024, to authorize this lawsuit, which was signed under

penalty of perjury by Defendant Scroggins, admitting lack of control—a fact they concealed from the FAA when voting for grants after the April 2, 2024, lawsuit filing. This misrepresentation allowed the County to continue receiving federal funding while failing to comply with FAA Grant Assurance 22(a), which requires the Airport to be made available on reasonable terms without unjust discrimination, and FAA Grant Assurance 5, which mandates the County preserve its rights and powers over the Airport.

27. Mr. Beaulieu has filed a separate federal lawsuit (*Beaulieu v. Shelby County, Alabama, et al.*, Case No.: 2:24-cv-01360-MMH) in the United States District Court for the Northern District of Alabama, Southern Division, on October 6, 2024, against the County, the Commissioners, Mr. Scroggins, and other County officials, as well as flight schools and additional parties. This action asserts claims of retaliation and conspiracy under 42 U.S.C. §1983, alleging that these defendants acted in concert to violate his First Amendment rights to free speech and petition the government.

28. The County has failed to regulate flight school operations and other disruptive airport activities, prioritizing the interests of tenants and private businesses while neglecting the surrounding community. Despite this lack of oversight, the County continues to accept FAA funding while falsely certifying compliance with FAA Grant Assurance 22(b), which requires it to manage the Airport fairly and without unjust favoritism. By misrepresenting its regulatory control, the County has wrongfully obtained federal funds it may not have been eligible to receive, using public resources to benefit private entities at the expense of the broader community.

29. By misrepresenting its compliance with both state and federal law or requirements,

the County has wrongfully secured federal funding that it may not have been eligible to receive.

30. Compounding these issues, the County has treated the Airport as a general revenue source rather than reinvesting funds into Airport operations as required under FAA Grant Assurance 25 (Revenue Use). Airport-generated revenue is diverted into the County's general budget rather than being used exclusively for Airport purposes, as federal law mandates.

31. **FAA Grant Assurance 25** (Airport Revenues) provides, in pertinent part, that the County agrees as follows:

> "a. All revenues generated by the airport and any local taxes on aviation fuel established after December 30, 1987, will be expended by it for the capital or operating costs of the airport; the local airport system; or other local facilities which are owned or operated by the owner or operator of the airport and which are directly and substantially related to the actual air transportation of passengers or property; or for noise mitigation purposes on or off the airport."

32. As far back as 2010, the County indicated, through its Airport manager/supervisor, that the Airport brought in a lot of revenue for the County.

33. The County generates substantial revenue from Airport operations through multiple streams, including hangar rental fees, fuel sales, and property tax revenue. Standard hangar rental fees range from $325 per month to $4,500 per month for mass hangar rental fees (see lease information attached as Exhibit "1"). In August 2024, the County leased Hangar T, which was built using FAA grant funds, through a competitive bid process, generating an anticipated annual revenue of $100,313, comprised of $54,000 in rent, $24,970 from estimated fuel sales, and $21,293 in property tax revenue (see Hangar T lease analysis attached as Exhibit "2"). Despite these significant revenue streams, no public records account for how these funds are being used

or reinvested in the Airport as required under FAA Grant Assurance 25.

34. The County has failed to maintain or disclose a standalone budget for Airport revenues and expenditures, raising concerns that revenue generated by Airport operations is being diverted into the County's general fund in violation of FAA Grant Assurance 25 (Revenue Use). The only publicly available revenue and expenditure information for the Airport for the past ten years up to 2019 is a budget summary from 2019 (see Minutes from September 9, 2019, with budget summary and 10/10/16 resolution attached collectively hereto as Exhibit "3"). No other revenue, expense, or budget details for the Airport could be found in the County's Commission meeting minutes from 2014 through 2019. Aside from various resolutions dating back to 2016—where the County voted to apply for FAA airport improvement grants—the Airport is rarely mentioned, appearing only occasionally as part of the County's 'general services' without specific financial details.

35. There is no Airport budget or revenue or expenditure information in the County's Commission meeting minutes for 2020 through 2022. For 2023, there is Airport budget information reflecting fund balance reserves but no revenue information and unclear expenditure information, despite a resolution to approve an FAA grant application (see Minutes from January 9, 2023, meeting indicating expenditures for the Airport with no figures, and Minutes from September 11, 2023, meeting with Airport budget information attached as Exhibit "4"). For 2024, the County Commission meeting minutes reflect aviation fuel bid information, a resolution to apply for more federal FAA grant monies, and a wide variation in projected Airport revenue, but no clear expenditures or separate Airport budget (see Minutes from October 14, 2024, meeting with budget summary attached as Exhibit "5").

36. The County Commission meeting minutes from October 10, 2016 (Ex."3"), reflect that the County's resolution authorizing an application for airport improvement funding assistance for a mass hangar from the FAA states that "the local matching share of funds in the amounts required for the agreements has been officially approved, *placed into the budget of the airport* and is available for expenditure upon execution" of the FAA funding agreement. The same or similar language is included in recent County resolutions to apply for FAA grants as well (see Minutes from September 25, 2023, and September 9, 2024, attached hereto as Exhibit "6").

37. In the County Commission's November 25, 2024, meeting minutes, the County published an Annual Financial Report for the period October 1, 2023, through September 30, 2024, which does not reference the "Airport" (see the report attached as Exhibit "7"). There is separate budget information for the County's other proprietorships, its landfill and water system, but there is no separate budget information for the Airport, suggesting Airport revenues are not kept separate for sustaining the Airport, but are included in the County's general fund and budget (Ex."7")

38. On September 25, 2023, the County, through Defendant, Chad Scroggins, completed two (2) Applications for Federal Assistance Forms SF-424 (attached hereto as Exhibit "8") for Airport improvements, one for $150,000.00 in federal funds for one mass storage hangar reimbursement (hangar "D"), and the other for $879,000 in federal funds for another mass storage hangar reimbursement (hangar "T"). The forms indicate the County's agreement to comply with the terms of any federal grant award and an acknowledgment that any false claims, may subject the County, including Mr. Scroggins, to criminal, civil, or administrative penalties. (Ex."8"). No other such applications were found in the County's minutes meetings.

39. The County Commissioners have voted on and approved various resolutions to apply for and obtain FAA grant funds for the FAA airport improvements grant funds they received. They also oversee the expenditure of grant funds as well as the intake and use of Airport revenues. Defendant Scroggins signed applications for FAA grant funds certifying compliance with requirements/assurances and also oversees Airport financial management.

40. The County has misrepresented Airport operations to the FAA by inflating reported military and law enforcement operations while underreporting actual flight activity, including the high volume of daily touch-and-go flights from flight schools. In early 2024, Relator discovered significant discrepancies in the reported flight volume, which differed by tens of thousands of flights from his direct observations. Following this discovery, the FAA's Master Record for the Airport was removed from public view. A mid-January 2025 FOIA record request to the FAA for "Airport Master Record" information is pending.

41. The County actively suppressed key records related to its financial activities at the Airport, particularly communications that were omitted from public meeting minutes and withheld from public records requests. Among these was a March 11, 2024, communication presented to the County Commission, which was not produced by the County but was later obtained through a FOIA request to the FAA. Additionally, FAA disclosures regarding the Airport and the Relator appear incomplete, with indications that certain complaints and internal FAA communications have been withheld or selectively redacted. The County's selective disclosure of records while continuing to certify compliance with FAA grant requirements suggests an effort to misrepresent financial and operational transparency to federal authorities.

42. These facts, discovered by Relator between November 2023 and November 2024

(and continuing), demonstrate a pattern of fraudulent certification to obtain federal funds, deliberate concealment of financial mismanagement, and coordinated retaliation against efforts to expose regulatory violations.

Count I: Presenting False Claims (31 U.S.C. § 3729(a)(1)(A))

43. Between 2014 and 2024, Defendants knowingly presented, or caused to be presented, false claims for payment to the United States by submitting applications for Federal Aviation Administration ("FAA") Airport Improvement Program ("AIP") grants totaling approximately $2-3 million. In these applications, Defendants knowingly made false certifications of compliance with mandatory FAA Grant Assurances while actively violating these requirements, including on September 25, 2023, when Defendant Scroggins submitted SF-424 forms (Ex. 1) for $150,000 and $879,000, falsely certifying compliance with Grant Assurances 22 and 25, resulting in payments of FAA grant funds.

44. Specifically, Defendants falsely certified compliance with Grant Assurance 22 (Economic Nondiscrimination) while unlawfully ceding operational control of the Shelby County Airport to private businesses, including flight schools and tenants, in violation of Ala. Code § 4-4-1(6). Further, Defendants unlawfully ceded control to the FAA through the grant assurances, despite having no legal authority to do so under Alabama law. Because state law expressly prohibits the County from relinquishing control over airport operations, it was not even permitted to accept the grant assurances in the first place, making its certifications fraudulent at their inception. Despite admitting this delegation of control—particularly in state court litigation initiated by the County—Defendants failed to maintain any documented system of oversight or operational authority, directly contradicting their certifications to the FAA.

45. The County has failed to properly account for and reinvest Airport-generated revenue as required under Grant Assurance 25 instead diverting these funds into its general fund without transparency. They indicate in their minutes approving FAA grant applications that they have placed matching funds in the Airport budget for expenditures related to the grant - but no "airport budget" appears to exist. The evidence in the County Commission minutes reveals that monies are commingled in the County's general budget instead of a separate proprietary budget. The County indicates that the Airport is treated as a general service of the County.

46. These misrepresentations allowed the County to continue receiving federal grant funds under false pretenses, as compliance with FAA Grant Assurances is a condition for funding. Had the FAA been aware that the County had effectively surrendered operational control to private businesses, it would have been required to reevaluate the County's grant eligibility.

47. Defendants acted with actual knowledge, reckless disregard, or deliberate ignorance of their noncompliance, as evidenced by their own contradictory statements, including in certifying application forms with knowledge of or reckless disregard of falsity, in legal filings, particularly the County's lawsuit against the Relator to suppress protected speech on Airport financial issues, particularly fraud, and their failure to maintain and/or publicly disclose required financial records, contradicting FAA certifications and grant assurance requirements.

<u>Count II: Making or Using False Records (31 U.S.C. § 3729(a)(1)(B))</u>

48. Defendants knowingly submitted or caused to be submitted false, incomplete, or misleading records and statements material to their fraudulent claims for federal funding. As recipients of FAA Airport Improvement Program (AIP) grants, Defendants were required to

submit financial, operational, and compliance documentation to the FAA as part of the grant application and reporting process.

49. Publicly available records do not provide a clear or consistent picture of how the County accounted for or used federal airport funds. Unlike other county enterprises, such as landfill and water operations, which have detailed financial disclosures, Airport revenues and expenditures are either missing, difficult to locate, or inconsistent across different sources. This lack of transparency raises concerns about whether Defendants fully complied with FAA Grant Assurance 25 (Revenue Use), which requires that all airport-generated revenue be used solely for airport-related purposes.

50. Similarly, operational data submitted to the FAA appears to contain significant inconsistencies. Reports to the FAA inflate military and law enforcement flight operations while underreporting actual flight school activity, particularly daily touch-and-go training flights. These discrepancies make it unclear whether Defendants provided accurate and complete operational records to federal authorities. The FAA's subsequent removal of the Airport's Master Record from public view following these discrepancies suggests that the reported data was incomplete, misleading, or otherwise problematic.

51. The County has also failed to provide a clear record of how it used AIP grant funds. No publicly available budgets fully account for revenue streams from hangar rentals, fuel sales, or other airport-generated income, despite these being substantial revenue sources. While grant assurances require that these funds be used for airport operations, there is no readily available evidence showing whether the County properly allocated these funds in compliance with federal law or what was submitted to the FAA for consideration in determining federal grant awards.

Prayer for Relief:

WHEREFORE, Relator requests that this Court enter judgment against Defendants as follows:

A. Treble damages in an amount to be determined at trial for all fraudulent claims submitted;

B. Civil penalties in that amount permitted by law per false claim under 31 U.S.C. §3729(a);

C. Attorney's fees and costs;

D. Any other relief deemed just and proper.

**FILED UNDER SEAL**

Pursuant to 31 U.S.C. §3730(b)(2), this Complaint shall remain under seal for at least sixty (60) days while the United States reviews the allegations and determines whether to intervene.

Respectfully Submitted,

[signature]

**HENRI N. BEAULIEU, JR.**

STATE OF ALABAMA)
SHELBY COUNTY)

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared **HENRI N. BEAULIEU, JR.** who is known to me and after being first duly sworn by me, deposes and declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief.

Given under my hand and seal this the 21st day of February, 2025.

[signature]

Notary Public
MCE: 01/09/28

Jury Demand

Plaintiff demands a trial by struck jury on all issues triable to a struck jury in this case.

Counsel for Plaintiff

Respectfully submitted,

Donna J. Beaulieu
Attorney for Plaintiff

By: ______________________

Donna J. Beaulieu (BEA042)
P.O. Box 88
Pelham, AL 35124
Tel.: 205-773-9588
Email: donnabeaulieu@gmail.com

# EXHIBIT "1"

Single plane
(example)

SHELBY COUNTY ALABAMA

SHELBY COUNTY AIRPORT
265 Weather Vane Road
Calera, Alabama 35040

## HANGAR LEASE AGREEMENT

MASS HANGAR S

Hanger No. N/A

This Agreement entered into this January 27, 2022 by and between Shelby County Commission herein called "Lessor", and CPC Aviation LLC herein called "Lessee."
**The following terms and conditions shall govern the rental by Lessor of Hangar Space to Lessee:**

1. **TERMS:**
This agreement shall commence on 02/01/2022 and remain in effect for a period of one year. Thereafter this agreement shall continue in effect from month to month, being automatically renewed after each month unless 30 days written notice is given by either party that the agreement would not be renewed.

2. **RENT:**
Lessee shall pay, as rent for the use of the described hanger, the amount of 325.00 per month,payable in advance on the first day of each month. Payment may be cash, credit or debit card, or check remitted to Shelby County Commission at the following address - 200 West College Street, Room 140, Columbiana, AL 35051. A 10% late fee may be charged if rent is not paid by the 15th. A 10% fee will be charged for each additional 15 days until rent is paid.

ADJUSTMENT OF MONTHLY RENTAL RATE:
The agreed rental rate is subject to increase every two years on October 1 by a percentage not more than the cumulative average annual percentage of increase in the Consumer Price Index for all Urban Consumers, South Region using the anniversary month of the current year as the base period from which increases will be calculated.

3. **PREMISES:**
The premises leased shall be the Hangar located on the Shelby County Airport premises at the MASS HANGAR S designated as Hangar No.______ together with reasonably necessary rights to access across Lessor's adjoining areas.

JD

**PROPOSAL FORM**

Mass hangar accepted bid (example)

**PROPOSAL DUE DATE:** August 15, 2024
2:00 p.m. Local Time

**DELIVER TO:** Shelby County Commission
Office of the Chief Financial Officer
200 West College Street, Room 125
Columbiana AL, 35051

The undersigned offers this response to the RFP for Shelby County to lease Mass Hangar T at the Shelby County Airport.

1. All Items a.-e. Listed in the RFP Specifications Are Met: YES ✓ NO____
2. Operations Plan Included YES ✓ NO____
3. References Included YES ✓ NO____
4. Principal Bio or Bios Included YES ✓ NO____
5. List Any Required Amenities or Other Services: YES ✓ NO____

1. Rent Payment amount: $4500.00 per month.

2. List of Aircraft proposed for storage in hangar and based at Shelby County Airport

'77 58 Baron
'19 Cirrus SR22T
'77 Cessna 182J
'80 King Air 200

3. Estimated quantity in gallons of fuel purchased at Shelby County Airport annually

Jet A 6000

AvGas 5000

4. Additional Amenities required or services needed

24 hr. access to FBO for restrooms & facilities
Pull out service - After Hours w/ fee expected
Fueling

Company Name if applicable: GC Aero. LLC

Signature: [signature]

Name Printed: Rusty Averette

Address: 833 Greensprings Hwy B'ham, AL 35209

Phone: (Include area code) 205-563-7626

Sworn to and subscribed before me this

The 12 day of Aug, 2024

[signature]
Notary Public

My Commission Expires: 3-26-28

JEANNIE R. SHEARER
MY COMMISSION EXPIRES
MARCH 26, 2028
NOTARY PUBLIC
STATE OF ALABAMA

**EXHIBIT "2"**

# Mass Hangar T Lease Analysis

## Date: 8-19-2024

| Options | Building Size (SF) | Annual Rent | Estimated Annual Fuel Sales Volume (Gallons) | Estimated Annual Fuel Sales Profit | Estimated Total Annual Airport Revenue | Estimated Annual Property Tax on Planes | Estimated Total Annual Revenue |
|---|---|---|---|---|---|---|---|
| Individual Aircraft Owner Leases | 11,760 | $ 27,600.00 | 10600 | $ 23,835.00 | $ 51,435.00 | $ 16,638.00 | $ 68,073.00 |
| Single Tenant - Market Study by Integra Realty ($2.95 per SF) | 11,760 | $ 34,692.00 | | | $ 34,692.00 | $ - | $ 34,692.00 |
| Single Tenant - Proposal by GC Aero, LLC ($4.59 per SF) | 11,760 | $ 54,000.00 | 11000 | $ 24,970.00 | $ 79,020.00 | $ 21,293.00 | $ 100,313.00 |
| | | | | | | | |
| | | | | | | | |

* Individual Aircraft rent is based on 5 planes per the mass hangar rental rates for each aircraft based on size optimizing the hangar area
* Fuel sales volumes are based on the types of planes proposed for each option based on size and estimated fuel usage
* Property tax is based on the types of planes proposed for each option based on aircraft type using information provided by Shelby County Property Tax Office

# EXHIBIT "3"

**SHELBY COUNTY COMMISSION**
**SEPTEMBER 9, 2019**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the city of Columbiana, Alabama, at 8:30 A.M., Monday, September 9, 2019. The meeting was called to order by Commissioner Parker. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**
Commissioner Lindsey Allison
Commissioner Elwyn Bearden
Commissioner Tommy Edwards
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Mike Vest*
Commissioner Ward Williams

**ABSENT**

*COMMISSIONER VEST ENTERED AT 8:32 A.M.

**APPROVAL OF MINUTES OF AUGUST 26, 2019**
**RESOLUTION 19-09-09-01**

**MOTION:** Commissioner Shepherd–Motion to approve the Minutes from August 26, 2019 as presented
**SECOND:** Commissioner Bearden
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS**
**RESOLUTION 19-09-09-02**

**MOTION:** Commissioner Shepherd – Motion to approve the Bills, Requisitions and Check Register for Government and Proprietary Funds
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**COMMISSIONER VEST ENTERED MEETING**

**BUDGET, FINANCE & LEGAL**
**FY 2019 BUDGET RESOLUTION & DOCUMENTS**
**RESOLUTION 19-09-09-03**

**MOTION:** Commissioner Allison – Motion to approve Resolution 19-09-09-03 as presented
**SECOND:** Commissioner Shepherd
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 19-09-09 -03**

**WHEREAS,** the Shelby County Commission has reviewed the actual operating revenue and expenditure information for the current fiscal year ending September 30, 2019 and compared the actual information to the adopted budget for the same fiscal year; and

**WHEREAS,** the County Commission conducted meetings to discuss both current year operating data and the needs and assessments for the upcoming fiscal year ending September 30, 2020; and

**WHEREAS,** the County Commission now desires to adopt an operating budget for the fiscal year ending September 30, 2020 (Fiscal Year 2020);

**NOW THEREFORE, BE IT RESOLVED** that the Shelby County Commission hereby adopts the attached listing of revenues, expenditures, personnel actions and associated capital projects or initiatives for the fiscal year ending September 30, 2020 (FY 2020), as outlined in the supplement information attached to this resolution.

**BE IT FURTHER RESOLVED,** that the attached documents are hereby made a part of said resolution and the appropriate operating unit spreadsheets and line item recaps shall be hereby recorded following the posting of the encumbrances upon the closure of the present fiscal year ending September 30, 2019. The applicable projects and initiatives associated with the capital improvement project reserves / funds (Funds: General, Highway Dept Earmarked, Lodging Tax and other designated sources or accounts) shall be implemented. The attached summaries and documents are hereby adopted and recorded.

**BE IT FURTHER RESOLVED,** that the County Manager, or his designee, is hereby directed to implement said budgets and perform all applicable actions as deemed necessary during the fiscal year.

Said FY 2020 budget specifically includes provisions for the following:

Budget Administration -

The County Commission uses a flexible budgeting philosophy in adopting the expenditure budget. The fundamental approval is on the net bottom line dollar amount appropriated for each of the cost centers denoted in the budget summary worksheets. The individual line item amounts recorded in the various line item accounts for each cost center are based on the historical spending pattern for each respective cost center adjusted for any known or anticipated increases or decreases for the new fiscal year. The total dollar amount adopted for each cost center includes the total amount approved for any and all budget actions determined by the respective elected official or appointed authority that oversees the respective cost center. Each official is responsible for ensuring that his or her expenditures do not exceed the total amount budgeted for the use of his or her office. The County Commission through the County Financial Services Department will not process any purchase orders or other expenditures that will actually cause the overall budgetary appropriation for any official or office to be exceeded.

Shelby County Commission
Expenditures
FY20

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| 9/9/2019 | ACTUAL | ORIG BUD | SCC ACTION |
| **PROMOTIONAL ACCOUNT** | | | |
| 51162 BHAM BUSINESS ALLIANCE | 20,000 | 20,000 | 30,000 |
| 51171 Prom/Tourism/Econ Dev | 160,527 | 271,109 | 332,015 |
| 51929 GSCCC - ShelbyOne | 20,500 | 20,000 | 20,000 |
| 51935 58 INC | 300,000 | 300,000 | 400,000 |
| 51957 EC/Tourism Projects + Loan P/I | 1,952,468 | 930,354 | 650,000 |
| 51991 AIRPORT | | 25,074 | 40,000 |
| 57215 SB FIELDS/OTHER/SCPARA | 100,000 | 107,000 | 107,000 |
| 57219 CAHABA RIVER PARK | | | 125,000 |
| 57300 MISC PAYMENTS /PROJECTS | | 152,000 | 183,000 |
| 57500 GW MUSEUM / HARRISON | 18,000 | 18,000 | 18,000 |
| 57530 NCFLS | 142,500 | 142,500 | 42,500 |
| 57536HD HEART DIXIE RR & MUSEUM | 30,500 | 30,000 | 30,000 |
| 57537 BIRMINGHAM ZOO | 20,000 | 20,000 | 20,000 |
| 57610 ALABAMA SYMPHONY ORC (ASO) | 20,000 | 25,000 | 20,000 |
| 57620 MCWANE CENTER | 20,000 | 20,000 | 20,000 |
| 57600 HISTORICAL SOCIETY/Shelby Iron | 6,790 | 7,407 | 10,000 |
| 57730 SHELBY CO ARTS COUNCIL /SCAC | 24,000 | 30,000 | 63,000 |
| 57900 OMSP / SCPARA | 548,347 | 97,396 | 100,000 |
| 57901AL AL WILDLIFE CENTER & OMSP | | 100,000 | 200,000 |
| 57905 AMERICAN VILLAGE | 24,000 | 24,000 | 24,000 |
| 57910 UM & RELATED ACTIONS | 40,697 | 88,160 | 88,160 |
| **Total Promotional Account** | **3,448,329** | **2,428,000** | **2,522,675** |
| | | | |
| **Grand Total General Fund** | **65,854,602** | **66,594,501** | **79,463,374** |

Shelby County Commission

Revenue Projection

FY20

| 9/9/2019 | 2018 ACTUAL | 2019 ORIG BUD | 2019 PROJECTION | 2020 SCC ACTION |
|---|---|---|---|---|
| 47905 - INS RECOVERY (VEHICLE ETC) | | 5,000 | 17,210 | 5,000 |
| 47910 - MISCELLANEOUS REVENUES | 92,267 | 35,000 | 47,084 | 35,000 |
| 47915- MISCELLANEOUS SUPPORT OTHER AGENC | | | 214,925 | |
| 47920 - RETURN CHECK FEES | 864 | 650 | 1,877 | 825 |
| 47930 - DRUG CARD ROYALTY | 1,664 | 3,000 | 283 | 1,000 |
| 47970 - LAND REDEMPTION | 8,228 | 7,600 | 7,769 | 7,600 |
| 47975 - LAND SOLD BY THE STATE | 7,614 | 8,000 | 5,416 | 8,000 |
| 47976- TAX SALE OVERBID | 136,378 | | 240,230 | |
| 47995 - DHR BUILDING MAINTENANCE | 15,178 | 15,000 | 15,178 | 15,000 |
| **001 GENERAL FUND TOTAL** | **60,396,850** | **58,532,530** | **61,934,986** | **62,335,388** |
| 3 | | | | |
| **010 - MAPPING/GIS SERVICES** | **130,000** | **80,000** | **95,000** | **80,000** |
| | | | | |
| **020 - AIRPORT** | | | | |
| 45430 - AIRPORT FUEL INCOME | 710,080 | 701,408 | 744,265 | 710,508 |
| 45431 - AIRPORT OTHER INCOME | 270,163 | 310,312 | 277,056 | 270,163 |
| 47210 - RENTALS OF BUILDING & LAND | 9,000 | 12,000 | 5,460 | 9,000 |
| 47910 - MISCELLANEOUS REVENUES | 11,449 | 13,200 | 21,516 | 11,500 |
| **020 - AIRPORT Total** | **1,000,692** | **1,036,920** | **1,048,297** | **1,001,171** |
| | | | | |
| **099 - BUSINESS REVENUE/SALES TAX** | | | | |
| 45886 - AUDIT & LEGAL FEES | 78,114 | 62,500 | 98,677 | 73,250 |
| 47910 - MISCELLANEOUS REVENUES | 37,231 | 36,000 | 28,059 | 36,000 |
| **099 - BUSINESS REVENUE/SALES TAX Total** | **115,346** | **98,500** | **126,736** | **109,250** |
| | | | | |
| **SUBTOTAL GENERAL FUND REVENUE** | **61,642,888** | **59,747,950** | **63,205,019** | **63,525,809** |

Shelby County Commission
Expenditures
FY20

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| 9/9/2019 | ACTUAL | ORIG BUD | SCC ACTION |
| 51920 BOARD OF REGISTRARS | 133,864 | 133,664 | 130,487 |
| 51921 COLUMBIANA SENIOR CENTER | 196 | 400 | 400 |
| 51922 PUBLIC DEFENDERS BUILDING | 13,941 | 2,600 | 2,600 |
| 51923 ENVIRONMENATL SERVICES BLDG | | 1,700 | 1,700 |
| 51924 COUNTY 202 BUILDING | 6,414 | 6,800 | 9,300 |
| 51925 COUNTY SERVICE BLDG/PELHAM | 169,189 | 170,900 | 172,900 |
| 51930 BOARD OF EQUALIZATION | 23,799 | 26,300 | 25,300 |
| 51945 SOIL & WATER CONSERVATION | 35,600 | 35,600 | 35,600 |
| 51950 STATE FORESTRY COMMISSION | | 15,000 | 15,000 |
| 51951 FORESTRY BLDG/MC | | 500 | 500 |
| 51960 PERSONNEL SERVICES DEPT | 289,995 | 299,547 | 300,439 |
| 51961 PERSONNEL SERVICES & CSB | 26,285 | 80,600 | 92,900 |
| 51965 IT SERVICES (DEPT) | 1,997,435 | 2,202,492 | 2,210,950 |
| 51970 IT COMM OPERATIONS (INFRA+S) | 1,648,592 | 1,857,688 | 1,909,691 |
| 51985 COUNTY WAREHOUSE (McDOW RD | 31,515 | 31,800 | 31,800 |
| 51991 AIRPORT (ARFF PROJ) | 150 | 35,000 | 10,000 |
| 51992 AGRI-CENTER BUILDING | 28,170 | 40,000 | 39,500 |
| 51993 PTC/IT BUILDING | 52,383 | 97,805 | 82,400 |
| 51994 COURTHOUSE BUILDING | 356,591 | 398,000 | 399,000 |
| 51995 FACILITIES & GENERAL SERVICES | 2,373,180 | 2,539,426 | 2,633,444 |
| 51996 ELLIS COMMUNITY SERV BLDG | 45,822 | 27,500 | 31,500 |
| 51997 EXHIBITION CENTER | 104,645 | 80,750 | 87,000 |
| 51998 RAY BUILDING | 25,286 | 33,400 | 33,400 |
| 51999 COUNTY ADMINISTRATION BLDG | 31,225 | 100,000 | 44,050 |
| **Sub-total General Government** | **21,513,900** | **23,816,196** | **25,449,740** |

## Shelby County Commission
### Expenditures
### FY20

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| | ACTUAL | ORIG BUD | SCC ACTION |
| /9/2019 | | | |
| IRPORT | 1,175,175 | 1,036,920 | 1,001,171 |
| | | | |
| usiness Revenue | 110,934 | 98,500 | 109,250 |
| | | | |
| 40 Grant Fund | 872,181 | 648,771 | 584,246 |
| | | | |
| | | | |
| :00 funds | | | |
| 'und 200 Capital Projects | | | |
| ;helby 280 Center | | | 1,000,000 |
| 31115 Other Capital Funding Bldg-reserve | 1,076 | 200,000 | 200,000 |
| 31150 Other Capital Funding Equip | 101,178 | 150,000 | |
| ;WCP-Other Economic Development | | 1,720,000 | |
| ;helby 289 Center Reserves | | | 9,000,000 |
| Airport FAA Grants | 595,586 | | |
| GF-IT equipment/software | | | 300,000 |
| 51115 GF (Bldgs, other)-reserves | 3,786,005 | 400,000 | 900,000 |
| 52260 GF SOC/Jail(vehicles)-reserves | 898,867 | 900,000 | 900,000 |
| 220 GF Parks-Dev/Maint improve | 329,638 | 800,000 | |
| 201 Economic Development-reserves | | | 2,566,000 |
| **Total Capital Projects** | **5,712,350** | **4,170,000** | **14,866,000** |

**BE IT RESOLVED,** the Shelby County Commission hereby awards the bid for Wood Waste Chipping to the only responsive bidder, Con-Site Services as follows:

| | Landfill Chipping | Storm Debris Chipping |
|---|---|---|
| Con-Site Services | $1.72 per cubic yard | $1.89 per cubic yard |

Said eBid #2016-8-10856 is located within the County Manager's Office.

**FAA/ALDOT AIREPORT IMPROVEMENT FUNDING APPLICATION AUTHORIZATION RESOLUTION 16-10-10-07**

**MOTION:** Commissioner Hayes – Motion to approve Resolution 16-10-10-07 as presented
**SECOND:** Commissioner Acker
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 16-10-10-07 —**

**WHEREAS,** the Shelby County Commission is authorized to make an application for airport improvement funding assistance from both the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. Proposed improvements include the design and construction of a 12 unit T-Hangar located at the North Apron of the Airport.

**WHEREAS,** the application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.

**WHEREAS,** the Shelby County Commission is authorized to enter into airport improvement funding agreements with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by the Federal Aviation Administration and the State of Alabama.

**WHEREAS,** the agreements be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.

**WHEREAS,** the agreements be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.

**WHEREAS,** the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to agreements with the Federal Aviation Administration and the Alabama Department of Transportation.

**BE IT RESOLVED,** that the Shelby County Commission hereby affirms that the local matching share of funds in the amounts required for the agreements has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration and the State

of Alabama's funding agreements and the start of the project.

**LEGAL COUNSEL REPRESENTATION FOR PROPERTY TAX CASES APPEALED TO THE CIRCUIT COURT**
**RESOLUTION 16-10-10-08**

**MOTION:** Commissioner Hayes – Motion to approve Resolution 16-10-10-08 as presented
**SECOND:** Commissioner Acker
**VOTE ON MOTION:** 7 Yeas- Commissioner Acker, Commissioner Bearden, Commissioner Edwards, Commissioner Hayes, Commissioner Parker, Commissioner Vest, Commissioner Shepherd; 1 Abstained – Commissioner Ellis **MOTION CARRIED**

**RESOLUTION 16-10-10-08**

WHEREAS, pursuant to Act No. 2016-127, adopted by the Alabama Legislature, effective October 1, 2016, the Shelby County Commission is responsible for securing legal counsel to represent the State and Shelby County in all property tax cases appealed to the circuit court in Shelby County, and

WHEREAS, in consultation with Donald Armstrong, the Shelby County Property Tax Commissioner, the County Commission has agreed to employ Frank C. Ellis, Jr., William R. Justice, and the firm of Ellis, Head, Owen & Justice of Columbiana, Alabama, as legal counsel to handle property tax appeals.

NOW, THEREFORE, BE IT RESOLVED BY THE SHELBY COUNTY COMMISSION AS FOLLOWS:

1. Frank C. Ellis, Jr., J. Bentley Owens, III, William R. Justice, and the firm of Ellis, Head, Owen & Justice of Columbiana, Alabama, are employed as legal counsel to handle property tax appeals and to represent the State of Alabama, Shelby County, and the Shelby County Board of Equalization in such appeals.

2. All expenses incurred by the County Commission in complying with this resolution and with Act No. 2016-127 shall be paid from the Reappraisal Budget of the Shelby County Property Tax Commissioner.

**ROADS AND TRANSPORTATION**
**RIGHT-OF-WAY ACQUISITIONS**
**RESOLUTION 16-10-10-09**

**MOTION:** Commissioner Vest – Motion to approve Resolution 16-10-10-09 as presented
**SECOND:** Commissioner Ellis
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 16-10-10-09**

**BE IT RESOLVED,** that the Shelby County Commission hereby approves and accepts right-of-way acquisitions for Project No. ACBRAA55499-ATRP(006) [SCP-59-820-12], being better known as the Bridge Replacement and Approaches on County Road 264 at Buck Creek in Alabaster, Alabama, Length 0.548 miles.

DONATIONS
City of Alabaster

PURCHASES

# EXHIBIT "4"

**SHELBY COUNTY COMMISSION**
**JANUARY 9, 2023**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 8:30 A.M., Monday, January 9, 2023. The meeting was called to order by Commissioner Morris. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**

Commissioner Lindsey Allison
Commissioner Elwyn Bearden
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Ward Williams

**ABSENT**

Commissioner Tommy Edwards

**APPROVAL OF MINUTES OF DECEMBER 27, 2022**
**RESOLUTION 2023-01-09-01**

**MOTION:** Commissioner Shepherd - Motion to approve the Minutes from December 27, 2022 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** 6 Yeas – Commission Allison, Commissioner Bearden, Commissioner Hayes, Commissioner Morris, Commissioner Shepherd, Commissioner Williams; 1 Abstained – Commissioner Parker **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS RESOLUTION 2023-01-09-02**

**MOTION:** Commissioner Hayes – Motion to approve the Bills, Requisitions and Check Register for Government and Proprietary Funds
**SECOND:** Commissioner Bearden
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**BUDGET, FINANCE & LEGAL**
**BUDGET AMENDMENT FY 23**
**RESOLUTION 2023-01-09-03**

**MOTION:** Commissioner Allison – Motion to approve Resolution 2023-01-09-03 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-01-09 - 03**

**WHEREAS,** the Shelby County Commission has reviewed the actual operating revenue and expenditure information for the first 3 months of the fiscal year ending September 30, 2023 and compared the actual information to the adopted budget for the same fiscal year; and

**WHEREAS,** the County Commission recognizes increased revenues over projections and budget management by staff resulting in expenses less than projections; and

**WHEREAS,** the County Manager has identified opportunities for efficiency improvements and needs in the staffing structure; and

**WHEREAS,** the County Commission has requested an evaluation of operational structure for the delivery of customer service and efficiency to the residents of Shelby County; and

**WHEREAS,** the County Commission now desires to revise the adopted operating budget for the fiscal year ending September 30, 2023 (Fiscal Year 2023) that was adopted on September 12, 2022;

**NOW THEREFORE, BE IT RESOLVED** that the Shelby County Commission hereby adopts the attached listing of revenue and expenditures for personnel actions for the fiscal year ending September 30, 2023 (FY 2023), as outlined in the supplement information attached to this resolution as a budget amendment.

**BE IT FURTHER RESOLVED,** that the County Manager, or his designee, is hereby directed to implement said budgets and perform all applicable actions as deemed necessary during the fiscal year to implement and manage county personnel in order to provide customer service.

Said FY 2023 budget amendment specifically includes provisions for the following:

General Fund-

- Partnering Projects (001-56920) for partnering with Shelby County municipalities to increase and improve recreational opportunities within the County. Increase Expenditures $350,000 with supporting revenue from FY22 carryover
- EMS Transport Support (001-55300) for development of capital asset grant program to purchase transport vehicles for municipal and district entities. Increase Expenditures $1,300,000 with supporting revenue from FY22 carryover.

County Employees/Civil Service System: Add additional employees to the following departments that will be funded within the previously budgeted expenditures for FY2023:

- Landfill/Environmental Services (Landfill Proprietary Fund)- Add 2 FTEs (Equipment Operator III and Equipment Operator II) Increase Expenditures $93,258 with supporting revenue $93,258 from reserves

- Water Services (Water Proprietary Fund)- Add 1 FTE (Assistant Superintendent) Increase Expenditures $56,432 that will be funded from the existing budgeted revenues.

| 1/9/2023 | Adopted | Proposed Amendment January 9, 2020 | NET CHANGE if approved |
|---|---|---|---|
| **Revenues** | **FY23** | **FY23** | **FY23** |
| General Fund-Operational | $77,149,179 | $77,149,179 | |
| General Fund- Promotional | 2,530,000 | $2,530,000 | |
| Highway Department | 19,970,192 | $19,970,192 | |
| Miscellaneous Funds | 1,098,200 | $1,098,200 | |
| Enterprise Funds | 21,618,200 | $21,618,200 | |
| Corona Virus Rescue | | | |
| Fund Balance Reserves-Promotional | 246,127 | $246,127 | |
| Fund Balance Reserves-Shelby 280 Center | | | |
| Fund Balance Reserves-General CIP | | | |
| Fund Balance Reserves-General SO Vehicles | 1,000,000 | $1,000,000 | |
| Fund Balance Reserves-Jail Expansion | 28,000,000 | $28,000,000 | |
| Fund Balance Reserves-Equip, Bldg & Land/Other | | $0 | |
| Fund Balance Reserves-Highway | 2,690,000 | $2,690,000 | |
| Fund Balance Reserves-Landfill | 4,441,293 | $4,534,551 | $ 93,258 |
| Fund Balance Reserves-Water | 7,493,497 | $7,493,497 | |
| Fund Balance Reserves-Joint Venture | 373,600 | $373,600 | |
| **Total Revenues** | 166,610,288 | $166,703,546 | $ 93,258 |
| | | | |
| **Expenditures** | | | |
| General Fund-Operational | 76,351,044 | $76,351,044 | |
| General Fund- Promotional | 2,530,000 | $2,530,000 | |
| General Fund-Airport | | | |
| Highway Department | 19,970,192 | $19,970,192 | |
| Miscellaneous Funds | 1,098,200 | $1,098,200 | |
| Enterprise Funds | 21,618,200 | $21,711,458 | |
| Corona Virus Rescue | 21,143,031 | $21,143,031 | |
| Fund Balance Reserves-Promotional | 246,127 | $246,127 | |
| Fund Balance Reserves-Shelby 280 Center | | | |
| Fund Balance Reserves-General CIP | | | |
| Fund Balance Reserves-General SO Vehicles | 1,000,000 | $1,000,000 | |
| Fund Balance Reserves-Jail Expansion | 28,000,000 | $28,000,000 | |

| | | | |
|---|---|---|---|
| Fund Balance Reserves-Equip, Bldg & Land/Other | | | |
| Fund Balance Reserves-Highway | 2,690,000 | $2,690,000 | |
| Fund Balance Reserves-Landfill | 4,441,293 | $4,441,293 | $ 93,258 |
| Fund Balance Reserves-Water | 7,493,497 | $7,493,497 | |
| Fund Balance Reserves-Joint Venture | 373,600 | $373,600 | |
| **Total Expenditures** | 186,955,184 | $187,048,442 | $ 93,258 |
| Contributions To(From) Fund Balance | ($20,344,896) | -$20,344,896 | |

**AWARD BID – PRESSURE SEALED CHECK FORMS**
**RESOLUTION 2023-01-09-04**

**MOTION:** Commissioner Allison – Motion to approve Resolution 2023-01-09-04 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-01-09-04**

**BE IT RESOLVED,** that the Shelby County Commission hereby records that no bids were received for Pressure Sealed Check Forms. Therefore, purchases will be made as outlined by the State of Alabama Bid Law.

Said eBid 2022-12-11321 is located within the County Manager's Office.

**BID AWARD – JANITORIAL SERVICES**
**RESOLUTION 2023-01-09-05**

**MOTION:** Commissioner Allison – Motion to approve Resolution 2023-01-09-05 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-01-09-05**

**BE IT RESOLVED,** that the Shelby County Commission hereby records the administrative bid award made by the County Manager for Janitorial Services- Area 1 (Courthouse Complex) to the lowest responsive bidder as follows:

| | Courthouse | Butch Ellis | Admin | Property Tax | Columbiana License Office | 202 Building | Grand Total |
|---|---|---|---|---|---|---|---|
| CDI | $7,540.00 | $835.00 | $1,510.00 | $1,510.00 | $835.00 | $800.00 | **$13,030.00** |
| Germ Away Pros | $7,500.00 | $3,750.00 | $2,250.00 | $3,000.00 | $3,000.00 | $1,800.00 | **$21,300.00** |

Said eBid #2022-12-11319 is located within the County Manager's Office.

**PLANNING AND ECONOMIC DEVELOPMENT**
**ALCOHOL BEVERAGE LICENSE TRANSFER – STERRETT QUICK MART**

**SHELBY COUNTY COMMISSION**
**SEPTEMBER 11, 2023**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 8:30 A.M., Monday, September 11, 2023. The meeting was called to order by Commissioner Morris. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**

Commissioner Lindsey Allison
Commissioner Elwyn Bearden
Commissioner Jeff Brumlow
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Ward Williams

**ABSENT**
Commissioner Tommy Edwards

**APPROVAL OF MINUTES OF AUGUST 28 , 2023**
**RESOLUTION 2023-09-11-01**

**MOTION:** Commissioner Shepherd - Motion to approve the Minutes from August 28, 2023 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** 8 Yeas - Commissioner Allison, Commissioner Bearden, Commissioner Brumlow, Commissioner Hayes, Commissioner Morris, Commissioner Parker, Commissioner Shepherd, Commissioner Williams **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS**
**RESOLUTION 2023-09-11-02**

**MOTION:** Commissioner Hayes – Motion to approve the Bills, Requisitions and Check Register for Government and Proprietary Funds
**SECOND:** Commissioner Allison
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**BUDGET, FINANCE & LEGAL**
**FY2024 BUDGET APPROVAL**
**RESOLUTION 2023-09-11-03**

**MOTION:** Commissioner Allison – Motion to approve Resolution 2023-09-11-03 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-09-11 - 03**

**WHEREAS,** the Shelby County Commission has reviewed the actual operating revenue and expenditure information for the current fiscal year ending September 30, 2023 and compared the actual information to the adopted budget for the same fiscal year; and

**WHEREAS,** the County Commission conducted meetings to discuss both current year operating financial information and the needs and assessments for the upcoming fiscal year ending September 30, 2024; and

**WHEREAS,** the County Commission now desires to adopt an operating budget for the fiscal year ending September 30, 2024 (Fiscal Year 2024);

**NOW THEREFORE, BE IT RESOLVED** that the Shelby County Commission hereby adopts the attached listing of revenues, expenditures, personnel actions and associated capital projects or initiatives for the fiscal year ending September 30, 2024 (FY 2024), as outlined in the supplement information attached to this resolution.

**BE IT FURTHER RESOLVED,** that the attached documents are hereby made a part of said resolution and the appropriate operating unit spreadsheets and line item recaps shall be hereby recorded following the posting of the encumbrances upon the closure of the present fiscal year ending September 30, 2023. The applicable projects and initiatives associated with the capital improvement project reserves / funds (Funds: General, Highway Department, Lodging Tax and other designated sources or accounts) shall be implemented. The attached summaries and documents are hereby adopted and recorded.

**BE IT FURTHER RESOLVED,** that the Shelby County Commission hereby grants a cost of living one-time payment to all full-time employees and applicable elected officials paid by the Shelby County Commission (to include Board of Registrars) with the exception of the Probate Judge (due to legislative restrictions in Act 2003-290 and Act 2021-441) in the amount of $2800.00 and all part-time employees paid by the Shelby County Commission (to include Courthouse security) in the amount of $1400.00 as a FY2023 expenditure from the savings of FY23 actual expenses below the FY23 budgeted expenses with all remaining excess FY23 actual revenues over the FY23 budgeted revenues going into fund balance reserves (designated and undesignated) for future capital projects or other expenditures approved by the Shelby County Commission. All eligible employees must be classified as a full-time or part-time employee on September 1, 2023 and remain employed on the date of payment on September 22, 2023 to be eligible for this action and will be provided the cost of living adjustment (COLA) compensation payment as set out herein. Such payment will be subject to full treatment for Federal Tax withholding, State Tax withholding, FICA Tax withholding and Retirement (RSA) withholding. Said compensation and related withholdings shall be included in the associated W-2 earning statements for the year ending December 31, 2023. Any budget or departmental expenses associated with this action will be covered through the utilization of the actual expenditures under the adopted expenditures projection amounts for the FY 2023 budgeted funds administered through the Shelby County Commission. The County Manager is directed to take any action necessary for the administration of this resolution and further directs the Chief Financial Officer to process any applicable budget revisions. The budget revisions and associated cost accounting will be administered in the same manner as with previous budget management

practices.

**BE IT FURTHER RESOLVED,** that the County Manager, or his designee, is hereby directed to implement said budgets and perform all applicable actions as deemed necessary during the fiscal year.

Said FY 2024 budget specifically includes provisions for the following:

Budget Administration -

The County Commission uses a flexible budgeting philosophy in adopting the expenditure budget. The fundamental approval is on the net bottom line dollar amount appropriated for each of the cost centers denoted in the budget summary worksheets. The individual line item amounts recorded in the various line item accounts for each cost center are based on the historical spending pattern for each respective cost center adjusted for any known or anticipated increases or decreases for the new fiscal year. The total dollar amount adopted for each cost center includes the total amount approved for any and all budget actions determined by the respective elected official or appointed authority that oversees the respective cost center. Each official is responsible for ensuring that his or her expenditures do not exceed the total amount budgeted for the use of his or her office. The County Commission through the County Financial Services Department will not process any purchase orders or other expenditures that will actually cause the overall budgetary appropriation for any official or office to be exceeded.

Following the adoption of the budget, no obligation incurred by the Sheriff, the Law Enforcement Personnel Board (LEPB), the Property Tax Commissioner, the Probate Judge, the Coroner, the County Manager, the County Engineer or the County Attorney over and above the amount or amounts approved and appropriated by the County Commission shall be an obligation of the County unless the obligation is approved by an affirmative vote of a majority of the County Commission. The budget may be amended during the fiscal year as determined necessary by an affirmative vote of a majority of the members of the County Commission.

Compensation Administration -

The County Commission has appropriated funds as follows:

Each official is responsible for ensuring that his or her expenditures do not exceed the total amount budgeted for the use of his or her office. In the specific case of any pay increases that may be granted by an official during the 2024 fiscal year, funds for such increases are included in the line item for salaries and wages. Any excess spending in this line item, whether attributable to increases or otherwise, must be funded within the confines of the official's overall budgetary appropriation.

The County Commission's goal in FY 2024 is for county departments to administer only step/merit increases to eligible personnel through managing their budget appropriations starting October 1, 2023 with no additional cost of living increase in the FY 2024 budget.

Some of the Key Statistics and Highlighted Actions –

**Personnel Services Data and associated expenses:**
County Employees / Civil Service System: 3 at step 10; 347 eligible for merit/step increase in FY24: Total active FT employees: 350 Total budgeted FT employees: 377
Total active PT employees: 41 Total budgeted PT employees: 49

County SO Employees / LEPB System: 45 at step 10; 192 eligible for merit/step increase in FY24: Total active FT employees 223 Total budgeted FT employees: 237*
**Does not include 5 new proposed deputies for contract services*
Total active PT employees: 2 Total budgeted PT employees: 3

ERS/Retirement System: Tier 1 - 297 and ERS Tier 2 – 274 = Defined Pension Plan

SCC Payroll Factor: Tier I 8.68 to 8.94 in FY24 and Tier 2 9.34 to 9.59 in FY24

Health Insurance Plan: 143 with single coverage and 418 with family coverage
FY24 3.5% Expense Increase Projected with Health Insurance Plan: $581 single coverage $1416 family coverage Expense Increase Projected with Health Insurance Plan: $253,051

The current projected increase is 3.50% for the health insurance premiums effective January 1, 2024. The respective amounts associated with this increase are included in the adopted budget. The County continues to qualify for the most preferred rating classification which keeps the health insurance premium at the lowest available rate. In January 1, 2015, the Local Government Health Insurance Board (LGHIB) took over the administration of the health insurance plan for local government entities for the State Employees Insurance Board (SEIB) and the LGHIB determines any changes made to the existing policies. The Wellness Program and continued participation by Shelby County employees in this program directly affect the rates paid by the employees and the county.

5 New Full-Time Positions and 0 Part-Time Positions Shelby County Sheriff's Office employees in FY 2024 and are hereby outlined:

5 New Full-Time Sheriff's Office Deputies to fulfill the contract deputies agreed upon by the Sheriff's Office, the County Manager, the Shelby County Commission, and the contracting municipality. In the event the contracts are no longer desired by the municipality, offered by the Sheriff or the Shelby County Commission, these approved Full-Time employee positions will be eliminated and removed from the approved employee count of the Shelby County Sheriff's Office and the Shelby Count Commission. These 5 positions cover the contract deputies for Wilsonville, Vincent, Student Resource Officers (SROs) in Vincent (2), and an SRO at the Shelby County Schools Career Tech in Columbiana to total 5 deputies.

1 New Full-Time Position and 0 Part-Time Positions in FY 2024 in all other Shelby County operating areas.

1 New Full-Time Employee in Environmental Services (Proprietary/Enterprise Account) as an Equipment Operator 1 with CDL to assist with land maintenance on public properties throughout the county including but not limited to the landfill, public parks and lands, and public right of ways.

Utilization of Federal Inmate Housing Revenue (FIHR) will be distributed within the FY2024 budget for the Mental Health Services provided at the Shelby County Sheriff's Office Jail and the Shelby County Regional Juvenile Detention Center, Shelby County Community Corrections Corporation (S4C)- Personnel expenses, behavioral health and annual audit expenses, and Behavioral or Medical Health Services with Adult Justice Involved Services – Facilities, Equipment or Personnel Expenses.

Business Travel Mileage and Per Diem Reimbursement Allowance / Rates and the related actions.

Based on a previous Commission Resolution, the County mileage reimbursement rate used when a personal vehicle is used for official county business is to mirror the rate adopted by the Internal Revenue Service (IRS). IRS Publication IR-2022-234 states that the current mileage rate allowed by IRS as of the date of this budget adoption is 65.5 cents per mile. This rate was updated on December 29, 2022 and will be updated if the published rate is amended by the IRS during the FY2024 budget year and automatically adjusted whenever the IRS changes the mileage reimbursement rate in future years.

The Per Diem Rate for Meals and Incidentals Expense (M&IE) for a 24-hour travel period is updated annually based on the Internal Revenue Service (IRS) publishes the M&IE based of the current United States General Service Administration (GSA) rate based on each state. The average GSA rate of the 5 listed locations for FY2024 for M&IE is $66 per day in the State of Alabama. This rate will be effective October 1, 2023 for all county employees with the adoption of the FY24 budget. This rate will be reviewed and updated based on review of the GSA rate and approval in the budget resolution by the Shelby County Commission for future years.

Capital Projects and Special Project/Initiatives -

**SHELBY COUNTY COMMISISON**
**BUDGET SUMMARY**
**FY24**

| | A | E | J |
|---|---|---|---|
| 1 | 8/28/2023-revised Health insurance | **Proposed** | **Proposed** |
| 2 | **Revenues** | **FY23** | **FY24** |
| 4 | General Fund-Operational | $77,149,179 | $86,346,416 |
| 5 | General Fund- Promotional | 2,530,000 | 2,490,704 |
| 7 | Highway Department | 19,970,192 | 22,413,938 |
| 8 | Miscellaneous Funds | 1,098,200 | 1,163,698 |
| 9 | Enterprise Funds | 21,618,200 | 26,936,500 |
| 10 | Corona Virus Rescue | | 597,349 |
| 11 | Fund Balance Reserves-Promotional | 246,127 | |
| 14 | Fund Balance Reserves-Airport | | 723,500 |
| 15 | Fund Balance Reserves-General SO Vehicles | 1,000,000 | 800,000 |
| 16 | Fund Balance Reserves-Jail Expansion | 28,000,000 | |
| 18 | Fund Balance Reserves-Highway | 2,690,000 | 2,500,000 |
| 19 | Fund Balance Reserves-Landfill | 4,441,293 | |
| 20 | Fund Balance Reserves-Water | 7,493,497 | 3,456,136 |
| 21 | Fund Balance Reserves-Joint Venture | 373,600 | 627,700 |
| 22 | **Total Revenues** | 166,610,288 | 148,055,941 |
| 23 | | | |
| 24 | **Expenditures** | | |
| 25 | General Fund-Operational | 76,231,782 | 85,916,854 |
| 26 | General Fund- Promotional | 2,530,000 | 2,490,704 |
| 28 | Highway Department | 19,970,192 | 22,413,938 |
| 29 | Miscellaneous Funds | 1,098,200 | 1,163,698 |
| 30 | Enterprise Funds | 21,618,200 | 26,598,427 |
| 31 | Corona Virus Rescue | 21,143,031 | 417,349 |
| 32 | Fund Balance Reserves-Promotional | 246,127 | |
| 35 | Fund Balance Reserves-Airport | | 723,500 |
| 36 | Fund Balance Reserves-General SO Vehicles | 1,000,000 | 800,000 |
| 37 | Fund Balance Reserves-Jail Expansion | 28,000,000 | |
| 39 | Fund Balance Reserves-Highway | 2,690,000 | 2,500,000 |
| 40 | Fund Balance Reserves-Landfill Future Expa | 4,441,293 | 338,073 |
| 41 | Fund Balance Reserves-Water | 7,493,497 | 3,456,136 |
| 42 | Fund Balance Reserves-Joint Venture | 373,600 | 627,700 |
| 44 | **Total Expenditures** | 186,835,922 | 147,446,379 |
| 46 | Contributions To(From) Fund Balance | -$20,225,634 | $609,562 |

# EXHIBIT "5"

**SHELBY COUNTY COMMISSION**
**OCTOBER 14, 2024**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 8:30 A.M., Monday, October 14, 2024. The meeting was called to order by Commissioner Morris. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**
Commission Lindsey Allison
Commissioner Elwyn Bearden
Commissioner Jeff Brumlow
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker*
Commissioner Rick Shepherd
Commissioner Ward Williams

**ABSENT**
Commissioner Tommy Edwards

*Commissioner Parker entered at 8:38 A.M.

**APPROVAL OF MINUTES OF SEPTEBMER 23, 2024**
**RESOLUTION 2024-10-14-01**

**MOTION:** Commissioner Shepherd - Motion to approve the Minutes from September 23, 2024 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** 4 Yeas – Commissioner Bearden, Commissioner Hayes, Commissioner Shepherd, Commissioner Williams; 3 Abstained – Commissioner Allison, Commissioner Morris, Commissioner Brumlow **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS RESOLUTION**
**RESOLUTION 2024-10-14-02**

**SHELBY COUNTY COMMISISON**
**BUDGET SUMMARY**
**FY25**

| | A | D | E |
|---|---|---|---|
| 1 | 9/9/2024 | **Proposed** | **Proposed** |
| 2 | **Revenues** | **FY24** | **FY25** |
| 4 | General Fund-Operational | $86,346,416 | $90,334,054 |
| 5 | General Fund- Promotional | 2,490,704 | 2,508,041 |
| 7 | Highway Department | 22,413,938 | 23,024,478 |
| 8 | Miscellaneous Funds | 1,163,698 | 1,201,067 |
| 9 | Enterprise Funds | 26,936,500 | 27,522,850 |
| 10 | Corona Virus Rescue | 597,349 | 250,000 |
| 11 | Fund Balance Reserves-Promotional | | 1,100,000 |
| 14 | Fund Balance Reserves-Airport | 723,500 | 174,400 |
| 15 | Fund Balance Reserves-General SO Vehicles | 800,000 | 600,000 |
| 16 | Fund Balance Reserves-General I65 Expansion | | 12,000,000 |
| 19 | Fund Balance Reserves-Highway | 2,500,000 | 3,500,000 |
| 21 | Fund Balance Reserves-Water | 3,456,136 | 906,748 |
| 22 | Fund Balance Reserves-Water North South Connector | | 4,400,000 |
| 23 | Fund Balance Reserves - ARPA North South Connector | | 17,600,000 |
| 24 | Water New Debt Issue - North South Connector | | 10,000,000 |
| 25 | Fund Balance Reserves-Joint Venture | 627,700 | 2,588,320 |
| 26 | **Total Revenues** | 148,055,941 | 197,709,958 |
| 27 | | | |
| 28 | **Expenditures** | | |
| 29 | General Fund-Operational | 85,916,854 | $90,130,134 |
| 30 | General Fund- Promotional | 2,490,704 | 2,508,041 |
| 32 | Highway Department | 22,413,938 | 23,024,478 |
| 33 | Miscellaneous Funds | 1,163,698 | 1,201,067 |
| 34 | Enterprise Funds | 26,598,427 | 25,762,176 |
| 35 | Corona Virus Rescue | 417,349 | 250,000 |
| 36 | Fund Balance Reserves-Promotional | | 1,100,000 |
| 39 | Fund Balance Reserves-Airport | 723,500 | 174,400 |
| 40 | Fund Balance Reserves-General SO Vehicles | 800,000 | 600,000 |
| 41 | Fund Balance Reserves-General I65 Expansion | | 12,000,000 |
| 44 | Fund Balance Reserves-Highway | 2,500,000 | 3,500,000 |
| 45 | Fund Balance Reserves-Landfill Future Expansion | 338,073 | 1,760,674 |
| 46 | Fund Balance Reserves-Water | 3,456,136 | 906,748 |
| 47 | Fund Balance Reserves-Water North South Connector | | 4,400,000 |
| 48 | Fund Balance Reserves - ARPA North South Connector | | 17,600,000 |

**SHELBY COUNTY COMMISISON**
**BUDGET SUMMARY**
**FY25**

| | A | D | E |
|---|---|---|---|
| 49 | Water New Debt Issue - North South Connector | | 10,000,000 |
| 50 | Fund Balance Reserves-Joint Venture | 627,700 | 2,588,320 |
| 52 | **Total Expenditures** | 147,446,379 | 197,506,038 |
| 54 | Contributions To(From) Fund Balance | $609,562 | $203,920 |

# EXHIBIT "6"

**SHELBY COUNTY COMMISSION**
**SEPTEMBER 25, 2023**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 6:00 P.M., Monday, September 25, 2023. The meeting was called to order by Commissioner Morris. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**

Commissioner Elwyn Bearden
Commissioner Jeff Brumlow
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Ward Williams

**ABSENT**
Commissioner Lindsey Allison
Commissioner Tommy Edwards

**APPROVAL OF MINUTES OF SEPTEMBER 11, 2023**
**RESOLUTION 2023-09-25-01**

**MOTION:** Commissioner Shepherd - Motion to approve the Minutes from September 11, 2023 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS**
**RESOLUTION 2023-09-25-02**

**MOTION:** Commissioner Hayes – Motion to approve the Bills, Requisitions and Check Register for Government and Proprietary Funds
**SECOND:** Commissioner Shepherd
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**BUDGET, FINANCE & LEGAL**
**AWARD BID – FLAIL CUTTER PARTS**
**RESOLUTION 2023-09-25-03**

**MOTION:** Commissioner Hayes – Motion to approve Resolution 2023-09-25-03 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-09-25-03**

**BE IT RESOLVED,** that the Shelby County Commission hereby records that no bids were received for Flail Cutter Parts. Therefore, purchases will be made as outlined by the State of Alabama Bid Law.

Said eBid #2023-8-11394 is located in the County Manager's office.

**MASS HANGAR D GRANT APPLICATION**
**RESOLUTION 2023-09-25-04**

**MOTION:** Commissioner Hayes – Motion to approve Resolution 2023-09-25-04 as presented
**SECOND:** Commissioner Brumlow
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023- 09-25-04**

BE IT RESOLVED, by the Shelby County Commission as follows:

1. That the Shelby County Commission is authorized to make an application for airport improvement funding assistance from the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. The improvements planned at this time include reimbursement for the construction of Mass Hangar D, an 80' x 80' clear span hangar located along the north apron.
2. That the pre-application and application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.
3. That the Shelby County Commission is authorized to enter into an airport improvement funding agreement with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by both the Federal Aviation Administration and the State of Alabama.
4. That the agreement be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.
5. That the agreement be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.
6. That the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to an agreement with both the Federal Aviation Administration and the Alabama Department of Transportation.

BE IT FURTHER RESOLVED, that the Shelby County Commission hereby affirms that the local matching share of funds in the amount required for this agreement has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration's and State of Alabama's funding agreements and the start of the project.

**MASS HANGAR T GRANT APPLICATION**
**RESOLUTION 2023-09-25-05**

**MOTION:** Commissioner Hayes – Motion to approve Resolution 2023-09-25-05 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023- 09-25-05**

BE IT RESOLVED, by the Shelby County Commission as follows:

1. That the Shelby County Commission is authorized to make an application for airport improvement funding assistance from the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. The improvements planned at this time include reimbursement for design and construction of Mass Hangar T, a 147' x 80' clear span hangar located along the midfield apron.
2. That the pre-application and application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.
3. That the Shelby County Commission is authorized to enter into an airport improvement funding agreement with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by both the Federal Aviation Administration and the State of Alabama.
4. That the agreement be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.
5. That the agreement be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.
6. That the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to an agreement with both the Federal Aviation Administration and the Alabama Department of Transportation.

BE IT FURTHER RESOLVED, that the Shelby County Commission hereby affirms that the local matching share of funds in the amount required for this agreement has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration's and State of Alabama's funding agreements and the start of the project.

**PLANNING AND ECONOMIC DEVELOPMENT**
**ALCOHOL BEVERAGE LICENSE**
**RESOLUTION 2023-09-25-06**

**MOTION:** Commissioner Brumlow – Motion to approve Resolution 2023-09-25-06 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2023-09-25-06**

**SHELBY COUNTY COMMISSION**
**SEPTEMBER 9, 2024**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 8:30A.M., Monday, September 9, 2024. The meeting was called to order by Commissioner Morris. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**

Commission Lindsey Allison
Commissioner Elwyn Bearden
Commissioner Jeff Brumlow
Commissioner Tommy Edwards
Commissioner Robbie Hayes
Commissioner Kevin Morris
*Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Ward Williams

**ABSENT**

*Commissioner Parker entered at 8:44A.M.

**APPROVAL OF MINUTES OF AUGUST 26, 2024**
**RESOLUTION 2024-09-09-01**

**MOTION:** Commissioner Shepherd - Motion to approve the Minutes from August 26, 2024 as presented
**SECOND:** Commissioner Williams
**VOTE ON MOTION:** 6 Yeas – Commissioner Allison, Commissioner Bearden, Commissioner Hayes, Commissioner Morris, Commissioner Parker, Commissioner Shepherd, Commissioner Williams; 2 Abstained – Commissioner Brumlow, Commissioner Edwards **MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS RESOLUTION**
**RESOLUTION 2024-09-09-02**

**MOTION:** Commissioner Hayes– Motion to approve the Bills, Requisitions and Check Register for Government and Proprietary Funds
**SECOND:** Commissioner Brumlow
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**BUDGET, FINANCE & LEGAL**
**FY2025 BUDGET RESOLUTION**
**RESOLUTION 2024-09-09-03**

**MOTION:** Commissioner Allison-Motion to approve FY2025 Budget Resolution 2024-09-09-03 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-03**

**WHEREAS,** the Shelby County Commission has reviewed the actual operating revenue and expenditure information for the current fiscal year ending September 30, 2024 and compared the actual information to the adopted budget for the same fiscal year; and

**WHEREAS,** the County Commission conducted meetings to discuss both current year operating financial information and the needs and assessments for the upcoming fiscal year ending September 30, 2025; and

**WHEREAS,** the County Commission now desires to adopt an operating budget for the fiscal year ending September 30, 2025 (Fiscal Year 2025);

**NOW THEREFORE, BE IT RESOLVED** that the Shelby County Commission hereby adopts the attached listing of revenues, expenditures, personnel actions and associated capital projects or initiatives for the fiscal year ending September 30, 2025 (FY 2025), as outlined in the supplement information attached to this resolution.

**BE IT FURTHER RESOLVED,** that the attached documents are hereby made a part of said resolution and the appropriate operating unit spreadsheets and line-item recaps shall be hereby recorded following the posting of the encumbrances upon the closure of the present fiscal year ending September 30, 2024. The applicable projects and initiatives associated with the capital improvement project reserves / funds (Funds: General, Highway Department, Lodging Tax, Proprietary (Water and Landfill) and other designated sources or accounts) shall be implemented. The attached summaries and documents are hereby adopted and recorded.

**BE IT FURTHER RESOLVED,** that the Shelby County Commission hereby grants a cost of living adjustment of 2% (two-percent) to the pay scales and personnel budgets for all full-time employees, part-time employees, and applicable elected officials paid by the Shelby County Commission (to include Board of Registrars) effective with the start of the first pay period on September 27, 2024, to be disbursed in FY2025. The County Manager is directed to take any action necessary for the administration of this resolution and further directs the Chief Financial Officer to process any applicable budget revisions. The budget revisions and associated cost accounting will be administered in the same manner as with previous budget management practices.

**BE IT FURTHER RESOLVED,** that the County Manager, or his designee, is hereby directed to implement said budgets and perform all applicable actions as deemed necessary during the fiscal year.

Said FY 2025 budget specifically includes provisions for the following:

Budget Administration -

The County Commission uses a flexible budgeting philosophy in adopting the expenditure budget. The fundamental approval is on the net bottom line dollar amount appropriated for each of the cost centers denoted in the budget summary worksheets. The individual line-item amounts recorded in the various line-item accounts for each cost center are based on the historical spending pattern for each respective cost center adjusted for any known or anticipated increases or decreases for the new fiscal year. The total dollar amount adopted for each cost center includes the total amount approved for any and all budget actions determined by the respective elected official or appointed authority that oversees the respective cost center. Each official is responsible for ensuring that his or her expenditures do not exceed the total amount budgeted for the use of his or her office. The County Commission through the County Financial Services Department will not process any purchase orders or other expenditures that will actually cause the overall budgetary appropriation for any official or office to be exceeded.

Following the adoption of the budget, no obligation incurred by the Sheriff, the Law Enforcement Personnel Board (LEPB), the Property Tax Commissioner, the Probate Judge, the Coroner, the County Manager, the County Engineer or the County Attorney over and above the amount or amounts approved and appropriated by the County Commission shall be an obligation of the County unless the obligation is approved by an affirmative vote of a majority of the County Commission. The budget may be amended during the fiscal year as determined necessary by an affirmative vote of a majority of the members of the County Commission.

Compensation Administration -

The County Commission has appropriated funds as follows:

Each official is responsible for ensuring that his or her expenditures do not exceed the total amount budgeted for the use of his or her office. In the specific case of any pay increases that may be granted by an official during the 2025 fiscal year, funds for such increases are included in the line item for salaries and wages. Any excess spending in this line item, whether attributable to increases or otherwise, must be funded within the confines of the official's overall budgetary appropriation.

The County Commission's goal in FY 2025 is for county departments to administer step/merit increases to eligible personnel through managing their budget appropriations starting October 1, 2024 with a budgeted 2% cost of living adjustment in the FY 2025 to all full-time and part-time employee pay scales, applicable elected officials paid by the Shelby County Commission, and departmental personnel budgets effective with the start of the first pay period on September 27, 2024, to be disbursed in FY2025. Funding for the two percent (2%) cost of living allowance has been provided in the related salary and benefit line items for the Sheriff's Office cost center. Any LEPB approved cost of living adjustment and related costs for the FY2025 budget year outside of this program will have to be covered by existing funding provided for all cost centers under the control and authority of the Sheriff. No other funding is authorized or approved for this purpose within this Resolution.

The County Commission, effective January 1, 2025, grants an additional eight (8) hours of Personal Leave time to total a maximum of sixteen (16) hours within a given calendar year to all full-time employees to accommodate for personal reasons, to accommodate for federal or state holidays not recognized by the county, or gap days between recognized holidays as selected by the employee in accordance with Shelby County Policies and Procedures.

Some of the Key Statistics and Highlighted Actions –

**Personnel Services Data and associated expenses:**
County Employees / Civil Service System: 13 at step 10; 349 eligible for merit/step increase in FY25: Total active FT employees: 362 Total budgeted FT employees: 376
Total active PT employees: 41 Total budgeted PT employees: 49

County SO Employees / LEPB System: 58 at step 10; 174 eligible for merit/step increase in FY25: Total active FT employees 232 Total budgeted FT employees: 240

Total active PT employees: 1 Total budgeted PT employees: 1

ERS/Retirement System: Tier 1 - 275 and ERS Tier 2 – 318 = Defined Pension Plan
SCC Payroll Factor: Tier I 8.94 to 10.07 in FY25 and Tier 2 9.59 to 10.72 in FY25

Health Insurance Plan: 150 with single coverage and 424 with family coverage
FY25 4.75% Expense Increase Projected with Health Insurance Plan: $609 single coverage $1483 family coverage. Expense Increase Projected with Health Insurance Plan: $496,700.

The current projected increase is 4.75% for the health insurance premiums effective January 1, 2025. The respective amounts associated with this increase are included in the adopted budget. The County continues to qualify for the most preferred rating classification which keeps the health insurance premium at the lowest available rate. In January 1, 2015, the Local Government Health Insurance Board (LGHIB) took over the administration of the health insurance plan for local government entities for the State Employees Insurance Board (SEIB) and the LGHIB determines any changes made to the existing policies. The Wellness Program and continued participation by Shelby County employees in this program directly affect the rates paid by the employees and the county.

2 Full-Time Positions ***reduced and removed*** from the Commission employee count in the Probate Office for FY 2025:

- With improved efficiencies in operation, the Probate Judge request the removal of 2 Full-time Positions from the Probate Office operations.

3 New Full-Time Position and 4 Part-Time Positions added to the Commission employee count in FY 2025 in all other Shelby County operating areas.

- 1 New Full-Time Employee in Environmental Services (Proprietary/Enterprise Account) as an Environmental Supervisor to assist with environmental and landfill regulatory compliance, contract operations to include waste contract compliance, and Environmental Services operations.
- 1 New Full-Time Employee to be split within Tourism-Events, Grants Management, and Community Services (1/2 Promotional Account, 1/2 General Fund) as an Administrative Assistant to prior support to operations, customer services, and project management.
- 1 New Full-Time Employee in Facilities and General Services (General Fund) as a Facilities Technician to serve the Jail at the Shelby County Sheriff's Office.
- 2 New Part-Time Employees in Juvenile Detention (General Fund) to assist with schedule management for mandatory supervision requirements and overtime reduction efforts.
- 2 New Part-Time Employees for Courthouse Security to assist Juvenile Court with transport of juveniles and court responsibilities

12 Full-Time Positions ***reduced and removed*** from the Commission employee count as Juvenile Probation transfers to State employees for FY 2025. The Commission will be responsible for funding at 100% in FY2025 declining each year by 20% over the next five years.

Net General Fund Financial Impact: 1/2 FTE reduction
Net Promotional Fund Financial Impact: 1/2 FTE addition
Net Proprietary/Enterprise Fund Financial Impact: 1 FTE addition
Net Total Employee County Impact: 11 FTE reduction

As a revision to resolution 94-10-24-09, the Commission approves and increase in the Shelby County Employee

Disability Fund from $120.00 per week to $250.00 per week per eligible employee in compliance with the guidelines established for the disability fund.

The Shelby County Commission recognizes the demands for time, energy and creativity requirements of boards and committees and sets the allowance for reimbursement of expenses paid to the member of the Shelby County Planning Commission last set in Resolution 02-05-13-10 in 2002, and the Personnel Board set via the original Policy and Procedures manual effective May 17, 1993 by created via the Civil Service Act 93-664; therefore the Shelby County Commission establishes an increase in the amount paid to members of both the Shelby County Planning Commission members from $100 per meeting to $150 per meeting not to exceed $3600 or 24 meetings annually, and the Shelby County Personnel Board from $100 per meeting to $150 per meeting.

In accordance with Act 2008-403, the elected position of the Coroner with Death Investigations Certification was reviewed according to the Shelby County Pay Plan and evaluation study. The results of the evaluation and study resulted in a recommendation of an increase in pay to $71,552.54. The Shelby County Commission hereby grants the pay increase to the Shelby County Coroner effective with the start of the next pay period on September 13, 2024.

Utilization of Federal Inmate Housing Revenue (FIHR) will be distributed within the FY2025 budget for the Mental Health Services provided at the Shelby County Sheriff's Office Jail and the Shelby County Regional Juvenile Detention Center, Shelby County Community Corrections Corporation (S4C)- Personnel expenses, behavioral health and annual audit expenses, and Behavioral or Medical Health Services with Adult Justice Involved Services – Facilities, Equipment or Personnel Expenses.

Business Travel Mileage and Per Diem Reimbursement Allowance / Rates and the related actions -
Based on a previous Commission Resolution, the County mileage reimbursement rate used when a personal vehicle is used for official county business is to mirror the rate adopted by the Internal Revenue Service (IRS). IRS Publication IR-2023-239 states that the current mileage rate allowed by IRS as of the date of this budget adoption is 67.0 cents per mile. This rate was updated on December 14, 2023 and will be updated if the published rate is amended by the IRS during the FY2025 budget year and automatically adjusted whenever the IRS changes the mileage reimbursement rate in future years.

The Per Diem Rate for Meals and Incidentals Expense (M&IE) for a 24-hour travel period is updated annually based on the Internal Revenue Service (IRS) publishes the M&IE based of the current United States General Service Administration (GSA) rate based on each state. The *average* GSA rate of the 5 listed locations for FY2025 for M&IE is $74 per day in the State of Alabama. This rate will be effective October 1, 2024 for all county employees with the adoption of the FY25 budget. This rate will be reviewed and updated based on review of the GSA rate and approval in the budget resolution by the Shelby County Commission for future years.

Capital Projects and Special Project/Initiatives -

The County Commission has appropriated funds in either previous budgets or in the FY2025 budget to complete or start projects as follows:

Support for School Resource Officers (GF)
Water Plant Connector– Talladega/Shelby and South Plant Connection (ARPA)
Calera Water Main extension– Extend water main to promote economic and support residential growth (ARPA)
Helena Water Main extension– Extend water main to promote economic and support residential growth (ARPA)
Emergency Communications Coverage and Capacity Improvements (ARPA)
Construction of SCSO Jail Improvements- estimated $28,000,000 if constructed after evaluation and bid (FY23GF)
Double Oak Park Trail Expansion (ADECA-RTP & GF FY24)
Cahaba River Park –South Sector Caretakers House and Pavilion (GF & LT)

Double Oak Park –South Sector Caretakers House (GF & LT)
Dunnavant Valley Greenway Phase 2 Extension (GF)
Park Capacity / Improvement Projects or Tourism associated projects (GF and/or LT)
Emergency Medical Services (EMS) Response Capital and Operating Initiative $2,300,000 (GF)
Park and Rec Improvement Grants $500,000 (GF)
Community Improvement Grants $250,000 (GF)
Environmental Improvement Projects – Recycling Initiative $160,000 (Landfill/ES)

**TRAVEL POLICY RESOLUTION**
**RESOLUTION 2024-09-09-04**

**MOTION:** Commissioner Allison-Motion to approve Travel Policy Resolution 2024-09-09-04 as presented
**SECOND:** Commissioner Bearden
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-04**

**WHEREAS,** during the budget process for FY 2025, the current County Travel Policy was reviewed; and,

**WHEREAS,** it was determined that the rate structures and practices included in the County Travel Policy required updating to reflect current county practices and procedures and established federal regulations; and

**NOW THEREORE, BE IT RESOLVED,** that the Shelby County Commission adopts the revisions made to the County Travel Policy to reflect these changes as attached.

**FY2025 HOLIDAY CALENDAR RESOLUTION**
**RESOLUTION 2024-09-09-05**

**MOTION:** Commissioner Allison-Motion to approve FY25 Holiday Calendar Resolution 2024-09-09-05 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-05**

**BE IT RESOLVED,** that the Shelby County Commission hereby approves the 2024-2025 Holiday Calendar as attached.

**BE IT FURTHER RESOLVED,** that the regularly scheduled Shelby County Commission meeting on the regular scheduled meeting for May 26, 2025 will be rescheduled to May 27, 2025. This meeting is hereby rescheduled due to the Memorial Day holiday that falls on the regularly scheduled meeting date.

**BID AWARD**
**LANDFILL SCALES BID PACKAGE RESOLUTION**
**RESOLUTION 2024-09-09-06**

**MOTION:** Commissioner Allison-Motion to approve Landfill Scales Bid Package Resolution 2024-09-09-06 as presented
**SECOND:** Commissioner Edwards
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-06**

**BE IT RESOLVED,** that the Shelby County Commission hereby awards the bid for the Shelby County Landfill Truck Scales to the lowest responsive and responsible bidder, Birmingham-Toledo, Inc. as follows:

| | |
|---|---|
| Birmingham-Toledo, Inc. | $247,000.00 |

Tuscaloosa Scale Company, Inc. provided a bid of$219,000 but their proposed scale manufacturer, Cardinal Scale Manufacturing Company, did not meet bid specifications. The analysis of the submitted bids versus the bid specifications is attached.
Said eBid 2024-8-11496 is located within the Office of the Chief Financial Officer.

**ALCOHOL BEVERAGE LICENSE-280 WINE LIQUOR RESOLUTION**
**RESOLUTION 2024-09-09-07**

**MOTION:** Commissioner Allison-Motion to approve Alcohol Beverage License-280 Wine Liquor Resolution 2024-09-09-07 as presented
**SECOND:** Commissioner Bearden
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-07**
**CASE NO. A24-007; HWY 280 LIQUOR AND WINE**
**NEW – 011 – Lounge Retail Liquor – Class II (PACKAGE)**

**WHEREAS,** Ms. Archana Sherchan, SIAZ Inc, has submitted documentation in support of a new application request for an 011 – Lounge Retail Liquor – Class II (PACKAGE) ABC license for HWY 280 Liquor and Wine, located at 5510 Highway 280, Suite 121, Birmingham, AL 35242; and,

**WHEREAS,** HWY 280 Liquor and Wine is zoned B-1 Neighborhood Business District and is subject to the Zoning Regulations of Shelby County; and,

**NOW, THEREFORE, BE IT RESOVLED** that Case No. A24-007, an application by Ms. Archana Sherchan, SIAZ Inc, for a new 011 – Lounge Retail Liquor – Class II (Package) ABC license for HWY 280 Liquor and Wine to permit the retail sale of alcohol at a package store is hereby APPROVED.

**EET SHELBY PREAPP 2025-MASS HANGER D RESOLUTION**
**RESOLUTION 2024-09-09-08**

**MOTION:** Commissioner Allison-Motion to approve EET Shelby Preapp 2025-Mass Hanger D Resolution 2024-09-09-08 as presented
**SECOND:** Commissioner Edwards
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-08**

**BE IT RESOLVED**, by the Shelby County Commission as follows:

1. That the Shelby County Commission is authorized to make an application for airport improvement funding assistance from the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. The improvements include reimbursement for the construction of Mass Hangar D, an 80' x 80' clear span hangar located along the north apron.

2. That the pre-application and application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.
3. That the Shelby County Commission is authorized to enter into an airport improvement funding agreement with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by both the Federal Aviation Administration and the State of Alabama.
4. That the agreement be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.
5. That the agreement be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.
6. That the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to an agreement with both the Federal Aviation Administration and the Alabama Department of Transportation.

**BE IT FURTHER RESOLVED,** that the Shelby County Commission hereby affirms that the local matching share of funds in the amount required for this agreement has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration's and State of Alabama's funding agreements and the start of the project.

**EET SHELBY PREAPP 2025-SIGN REMOVAL AND REPLACEMENT WITH NEW TAXIWAY HOLD LINE MARKINGS RESOLUTION**
**RESOLUTION 2024-09-09-09**

**MOTION:** Commissioner Allison-Motion to approve EET Shelby Preapp 2025-Sign Removal and Replacement with New Taxiway Hold Line Markings Resolution 2024-09-09-09 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-09**

**BE IT RESOLVED,** by the Shelby County Commission as follows:

1. That the Shelby County Commission is authorized to make an application for airport improvement funding assistance from the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. The improvements planned at this time include Sign Removal and Replacement with New Taxiway Hold Line Markings.
2. That the pre-application and application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.
3. That the Shelby County Commission is authorized to enter into an airport improvement funding agreement with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by both the Federal Aviation Administration and the State of Alabama.
4. That the agreement be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.
5. That the agreement be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.
6. That the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's

attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to an agreement with both the Federal Aviation Administration and the Alabama Department of Transportation.

**BE IT FURTHER RESOLVED,** that the Shelby County Commission hereby affirms that the local matching share of funds in the amount required for this agreement has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration's and State of Alabama's funding agreements and the start of the project.

**EET SHELBY PREAPP 2025-MASS HANGER T RESOLUTION**
**RESOLUTION 2024-09-09-10**

**MOTION:** Commissioner Allison-Motion to approve EET Shelby Preapp 2025-Mass Hanger T Resolution 2024-09-09-10 as presented
**SECOND:** Commissioner Hayes
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

**RESOLUTION 2024-09-09-10**

**BE IT RESOLVED,** by the Shelby County Commission as follows:

1. That the Shelby County Commission is authorized to make an application for airport improvement funding assistance from the Federal Aviation Administration and the State of Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport. The improvements include reimbursement for design and construction of Mass Hangar T, a 147' x 80' clear span hangar located along the midfield apron.
2. That the pre-application and application be submitted for and on behalf of the Shelby County Commission by its Manager who is authorized by this resolution to sign the application and any related forms or documents on behalf of the Shelby County Commission.
3. That the Shelby County Commission is authorized to enter into an airport improvement funding agreement with the Federal Aviation Administration and the State of Alabama, acting by and through the Alabama Department of Transportation, for the purpose of undertaking a project to make improvements at the Shelby County Airport, with partial funding provided by both the Federal Aviation Administration and the State of Alabama.
4. That the agreement be executed in the name of the Shelby County Commission for and on behalf of the Shelby County Commission by its Manager.
5. That the agreement be attested by the Administrative Assistant to the County Manager and the seal of the Shelby County Commission affixed thereto.
6. That the authority of the Shelby County Commission to enter into contracts with the Federal Aviation Administration and the State of Alabama has been reviewed by the Shelby County Commission's attorney, and in his/her opinion, the Shelby County Commission is duly authorized to commit the Shelby County Commission to an agreement with both the Federal Aviation Administration and the Alabama Department of Transportation.

**BE IT FURTHER RESOLVED,** that the Shelby County Commission hereby affirms that the local matching share of funds in the amount required for this agreement has been officially approved, placed into the budget of the airport and is available for expenditure upon execution of the Federal Aviation Administration's and State of Alabama's funding agreements and the start of the project.

**MOTION TO ADJOURN**
**RESOLUTION 2024-09-09-11**

**MOTION:** Commissioner Hayes – There being no further business to come before the Commission, move to adjourn this 9th day of September, 2024 at 9:07 A.M.
**SECOND:** Commissioner Edwards
**VOTE ON MOTION:** Unanimous **MOTION CARRIED**

READ & APPROVED:

**COMMISSIONER LINDSEY ALLISON**
**COMMISSIONER ELWYN BEARDEN**
**COMMISSIONER JEFF BRUMLOW**
**COMMISSIONER TOMMY EDWARDS**
**COMMISSIONER ROBBIE HAYES**
**COMMISSIONER KEVIN MORRIS**
**COMMISSIONER JON PARKER**
**COMMISSIONER RICK SHEPHERD**
**COMMISSIONER WARD WILLIAMS**

**EXHIBIT "7"**

**SHELBY COUNTY COMMISSION**
**NOVEMBER 25, 2024**
**MINUTES**

STATE OF ALABAMA
COUNTY OF SHELBY

The Shelby County Commission of Shelby County, Alabama, met at the County Administration Building in the City of Columbiana, Alabama, at 6:00 P.M., Wednesday, November 25, 2024. The meeting was called to order by Commissioner Parker. The invocation was given followed by the Pledge of Allegiance. Roll was called and the following members were present:

**PRESENT**
Commission Lindsey Allison
Commissioner Robbie Hayes
Commissioner Kevin Morris
Commissioner Jon Parker
Commissioner Rick Shepherd
Commissioner Josh Sisk
Commissioner Ward Williams

**ABSENT**
Commissioner Elwyn Bearden
Commissioner Tommy Edwards

**APPROVAL OF MINUTES OF NOVEMBER 13, 2024**
**RESOLUTION 2024-11-25-01**

**MOTION:** Commissioner Allison - Motion to approve the Minutes from November 13, 2024 as presented
**SECOND:** Commissioner Shepherd
**VOTE ON MOTION:** 7 Yeas – Commissioner Allison, , Commissioner Edwards, Commissioner Hayes, Commissioner Morris, Commissioner Parker, Commissioner Shepherd, Commissioner Sisk, Commissioner Williams; 2 Abstained –Commissioner Bearden, Commissioner Edwards
**MOTION CARRIED**

**APPROVAL OF BILLS, REQUISITIONS, AND CHECK REGISTER**
**GOVERNMENTAL FUNDS AND PROPRIETARY FUNDS RESOLUTION**
**RESOLUTION 2024-11-25-02**

SHELBY COUNTY COMMISSION
ANNUAL FINANCIAL REPORT

**COMBINED STATEMENT OF REVENUE, EXPENDITURES AND CHANGES IN FUND BALANCES**
**FOR THE PERIOD OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024**

| | GENERAL FUND | SPECIAL REVENUE | CAPITAL PROJECTS | DEBT SERVICE | TRUST & AGENCY | TOTAL |
|---|---|---|---|---|---|---|
| REVENUES | | | | | | |
| TAXES | 57,203,688.75 | 14,816,209.38 | | | | 72,019,898.13 |
| LICENSES & PERMITS | 2,159,932.38 | | | | | 2,159,932.36 |
| INTERGOVERNMENTAL | 10,351,685.74 | 9,095,751.37 | 10,078,769.06 | | 9,723.10 | 29,535,929.27 |
| CHARGES FOR SERVICES | 17,615,073.61 | 512,861.64 | | | 379,446.84 | 18,507,382.09 |
| MISCELLANEOUS REVENUE | 7,102,295.78 | 2,559,484.32 | 2,352,394.42 | | 149,196.25 | 12,163,369.77 |
| TOTAL REVENUE | 94,432,676.24 | 28,984,306.71 | 12,431,163.48 | | 538,366.19 | 134,386,511.62 |
| EXPENDITURES | | | | | | |
| GENERAL GOVERNMENT | 31,283,029.60 | 1,556,637.72 | 4,806,411.42 | | 699,615.06 | 38,345,693.80 |
| PUBLIC SAFETY | 40,125,971.80 | 401,059.24 | 128,674.96 | | | 40,655,706.00 |
| HIGHWAYS & ROADS | | 14,675,137.49 | 4,394,060.54 | | | 19,069,198.03 |
| HEALTH | 2,026,357.35 | 784.00 | | | | 2,027,141.35 |
| WELFARE | 1,074,478.63 | 97,919.58 | | | | 1,172,398.21 |
| CULTURAL & RECREATION | 1,564,118.33 | 1,318,028.06 | 178,280.50 | | 60,000.00 | 3,120,426.89 |
| EDUCATION | 150,000.00 | 20,080.60 | | | | 170,080.60 |
| DEBT SERVICE FEES | | | | | | |
| TOTAL CURRENT EXPENDITURES | 76,223,955.71 | 18,069,646.69 | 9,507,427.42 | | 759,615.06 | 104,560,644.88 |
| CAPITAL OUTLAY | 3,087,258.84 | 3,577,150.11 | 17,961,710.77 | | | 24,626,119.72 |
| DEBT SERVICE - PRINCIPAL | | | | | | |
| DEBT SERVICE - INTEREST | | | | | | |
| OTHER OUTLAY | 1,773.75 | | | | | 1,773.75 |
| TOTAL EXPENDITURES | 79,312,988.30 | 21,646,796.80 | 27,469,138.19 | | 759,615.06 | 129,188,538.35 |
| EXCESS OF REVENUES | | | | | | |
| OVER/UNDER EXPENDITURES | 15,119,687.94 | 5,337,509.91 | (15,037,974.71) | | (221,249.87) | 5,197,973.27 |
| ALL FUNDS | | | | | | |
| OTHER FINANCING SOURCES | | | | | | |
| TRANSFERS IN | 72,113.67 | 9,000,000.00 | 28,653,500.00 | | 278,376.48 | 38,003,990.15 |
| TRANFERS OUT | (28,568,500.00) | (9,322,113.67) | (110,000.00) | | (3,376.48) | (38,003,990.15) |
| OTHER FINANCING | | | | | | |
| TOTAL | (28,496,386.33) | (322,113.67) | 28,543,500.00 | | 275,000.00 | |
| EXCESS OF REVENUES & OTHER SOURCES-OVER/ UNDER EXP. & OTHER USES | (13,376,698.39) | 5,016,398.24 | 13,505,525.29 | | 53,760.13 | 5,197,973.27 |
| BEGINNING FUND BALANCE | 72,890,465.16 | 39,381,059.76 | 7,438,065.28 | 970,596.66 | 3,677,769.99 | 124,357,966.83 |
| ADJUSTMENTS | | | | | | |
| TOTAL FUND BALANCE | 59,513,766.77 | 44,397,458.00 | 20,943,590.65 | 970,596.66 | 3,731,530.12 | 129,555,939.10 |

SHELBY COUNTY COMMISSION
ANNUAL FINANCIAL REPORT
**COMBINED STATEMENT OF REVENUE, EXPENDITURES AND CHANGES IN FUND BALANCES**
**FOR THE PERIOD OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024**

**BONDS AND WARRANTS PAYABLE September 30, 2024**

| | INT. RATE | BEGIN PAY DATES | ISSUE DATE | FINAL | BALANCE |
|---|---|---|---|---|---|
| GENERAL OBLIGATION WARRANTS | | | | | |
| SERIES 2014 - REFUNDING | 3.45% | 8/15/2015 | 12/18/2014 | 8/15/2030 | 31,725,000 |
| SERIES 2015 - DWSRF-SL | 1.95% | 8/15/2015 | 1/18/2015 | 8/15/2027 | 4,985,000 |
| SERIES 2015 - DWSRF | 1.95% | 8/15/2015 | 1/18/2015 | 8/15/2027 | 1,200,000 |

IN DECEMBER, 2004, OCTOBER, 2005 AND NOVEMBER, 2007, THE COUNTY ENTERED INTO AGREEMENTS WITH THE DRINKING WATER STATE REVOLVING FUND (DWSRF) LOAN PROGRAM TO OBTAIN FUNDING FOR THE CONSTRUCTION OF A WATER PLANT. ON DECEMBER 18, 2014 THE COUNTY ISSUED A GENERAL OBLIGATION REFUNDING WARRANT SERIES 2014 IN THE AGGREGATE OF $31,725,000 TO REFUND CERTAIN REMAINING PORTIONS OF THE THREE DWSRF ISSUES. ON JANUARY 18, 2015, THE SHELBY COUNTY COMMISSION ENTERED INTO AN AGREEMENT WITH THE DWSRF TO FINALIZE THE REFUNDING OF THE REMAINING OUTSTANDING PRINCIPLE OF THE ORIGINAL ISSUES. THE BALANCE NOTED HEREIN IS THE TOTAL OUTSTANDING LOAN AMOUNTS INCLUDING DEFERRED INTEREST

DEFEASED WARRANTS

ON MARCH 15, 2001, SHELBY COUNTY ENTERED INTO AN ESCROW AGREEMENT WITH OUR TRUSTEE WHEREBY FUNDS WERE PLACED IN AN IRREVOCABLE TRUST SUFFICIENT TO DEFEASE ALL REMAINING PRINCIPLE AND INTEREST OUTSTANDING FOR THE SERIES 1992-A, THE SERIES 1992-B, THE SERIES 1998, AND THE SERIES 1994-A WARRANTS.

THIS FINANCIAL INFORMATION MEETS THE REQUIREMENTS OF CODE OF ALABAMA 1975.

THE FOREGOING IS A REPORT OF THE RECEIPTS AND DISBURSEMENTS OF SHELBY COUNTY UNDER THE CONTROL OF THE SHELBY COUNTY COMMISSION FOR THE PERIOD OCTOBER 1, 2023 THROUGH September 30, 2024. IT IS ORDERED THAT THE SAME BE FILED, RECORDED AND PUBLISHED. THE DETAILED STATEMENT IS ON FILE IN THE SHELBY COUNTY COMMISSION OFFICE LOCATED AT 200 WEST COLLEGE STREET, COLUMBIANA, ALABAMA.

I, JON PARKER, CHAIRMAN OF THE SHELBY COUNTY COMMISSION , SHELBY COUNTY, ALABAMA, HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE FOREGOING REPORT OF SAID COMMISSION IS TRUE AND AND CORRECT OF THE MONIES COMING INTO SAID COMMISSION AND ALL EXPENDITURES BY SAID COMMISSION FROM OCTOBER 1, 2023 THROUGH September 30, 2024.

JON PARKER, CHAIRMAN
SHELBY COUNTY COMMISSION
SHELBY COUNTY, ALABAMA

## SHELBY COUNTY WATER AND ENVIRONMENTAL SERVICES
## COMBINED STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN NET POSITION--PROPRIETARY FUNDS
## FOR THE YEAR ENDED SEPTEMBER 30, 2024

| | LANDFILL | WATER |
|---|---|---|
| **Operating Revenues:** | | |
| Charges for Services | 9,040,697.77 | 16,226,808.88 |
| **Total Operating Revenues** | 9,040,697.77 | 16,226,808.88 |
| **Operating Expenses:** | | |
| Personnel | 2,178,937.84 | 2,549,074.67 |
| Professional Fees | 625,510.98 | 1,501,476.89 |
| Depreciation & Amortization | 1,522,806.99 | 3,997,639.28 |
| Other | 1,893,344.88 | 4,838,843.12 |
| **Total Operating Expenses** | 6,220,600.69 | 12,887,033.96 |
| **Operating Income** | 2,820,097.08 | 3,339,774.92 |
| **Nonoperating Revenues (Expenses):** | | |
| Interest Earned | 878,860.90 | 771,333.31 |
| Investment Income(Loss) | 118,318.05 | |
| Interest Expense | | (1,368,166.04) |
| Gain (Loss) on Sale of Assets | 33,219.20 | 2,058.00 |
| Miscellaneous | 168,941.36 | 321,307.73 |
| **Total Nonoperating Revenues (Expenses)** | 1,199,339.51 | (273,467.00) |
| **Net Income Before Contributions and Transfers** | 4,019,436.59 | 3,066,307.92 |
| Net Position - Beginning of Year | 40,416,946.93 | 66,898,677.73 |
| Adjustments | | (264,886.55) |
| **Net Position - End of Year** | 44,436,383.52 | 71,768,767.10 |

Unaudited - For Management Purposes Only

# TALLADEGA/SHELBY FILTRATION PLANT
# STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN NET POSITION
# FOR THE YEAR ENDED SEPTEMBER 30, 2024

| | |
|---|---|
| **Operating Revenues:** | |
| Water Sales-Shelby | 2,461,960.38 |
| Water Sales-Talladega | 288,946.79 |
| **Total Operating Revenues** | 2,750,907.17 |
| **Plant:** | |
| Operations and Maintenance | 991,181.76 |
| Architectural & Engineering | 32,575.50 |
| Utilities | 619,665.59 |
| Insurance | 78,349.04 |
| Repairs and Maintenance | 92,894.53 |
| Supplies | 624,955.44 |
| Office Supplies | 150.77 |
| Depreciation | 420,193.91 |
| Other | 49,890.58 |
| **Total Plant Expenses** | 2,909,857.12 |
| **Operating Income (Loss)** | (158,949.95) |
| **Nonoperating Revenues (Expenses):** | |
| Interest Earned | 71,593.74 |
| Miscellaneous | - |
| **Total Nonoperating Revenues (Expenses)** | 71,593.74 |
| **Net Income Before Contributions and Transfers** | (87,356.21) |
| Capital Contributions | |
| **Change in Net Position** | (87,356.21) |
| **Net Position - Beginning of Year** | 4,645,149.10 |
| **Net Position - End of Year** | 4,557,792.89 |

Unaudited - For Management Purposes Only

**EXHIBIT "8"**

OMB Number: 4040-0004
Expiration Date: 11/30/2025

**Application for Federal Assistance SF-424**

| | | |
|---|---|---|
| *1. Type of Submission: | *2. Type of Application | * If Revision, select appropriate letter(s): |
| [X] Preapplication | [X] New | |
| [ ] Application | [ ] Continuation | * Other (Specify) |
| [ ] Changed/Corrected Application | [ ] Revision | |

*3. Date Received: 2023-09-11

4. Applicant Identifier: EET 2

5a. Federal Entity Identifier: 10003

*5b. Federal Award Identifier:

**State Use Only:**

6. Date Received by State:

7. State Application Identifier:

**8. APPLICANT INFORMATION:**

*a. Legal Name: Shelby County Commission

*b. Employer/Taxpayer Identification Number (EIN/TIN):

*c. UEI:

**d. Address:**

*Street 1: 265 Weathervane Road
Street 2:
*City: Calera
County/Parish: SHELBY COUNTY
*State: Province: AL
*Country:
*Zip / Postal Code United States
35040-5484

**e. Organizational Unit:**

Department Name: Alabaster, SHELBY COUNTY

Division Name:

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix:
*First Name: Terry
Middle Name:
*Last Name: Franklin
Suffix:

Title: Supervisor, Aviation and General Services

Organizational Affiliation:
Shelby County, Alabama

*Telephone Number: 205-670-6352

Fax Number: 205-621-9621

*Email: tfranklin@shelbyal.com

**Application for Federal Assistance SF-424**

***9. Type of Applicant 1: Select Applicant Type:**

B. County Government

Type of Applicant 2: Select Applicant Type:

Pick an applicant type

Type of Applicant 3: Select Applicant Type:

Pick an applicant type

*Other (Specify)

***10. Name of Federal Agency:**

Federal Aviation Administration

**11. Catalog of Federal Domestic Assistance Number:**

20.106

CFDA Title:

Airport Improvement Program

***12. Funding Opportunity Number:**

*Title:

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

***15. Descriptive Title of Applicant's Project:**

AIP Mass Storage Hangar D Reimbursement (Phase 2)

**Attach supporting documents as specified in agency instructions.**

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

*a. Applicant: 6 *b. Program/Project: 6

Attach an additional list of Program/Project Congressional Districts if needed.

**17. Proposed Project:**

*a. Start Date: *b. End Date:

**18. Estimated Funding ($):**

| | |
|---|---|
| *a. Federal | 150000.00 |
| *b. Applicant | $ 0 |
| *c. State | 8333.00 |
| *d. Local | 8334.00 |
| *e. Other | $ 0 |
| *f. Program Income | $ 0 |
| *g. TOTAL | 166,667.00 |

***19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on ________.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

***20. Is the Applicant Delinquent On Any Federal Debt?**

☐ Yes ☒ No

**If "Yes", explain:**

21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U. S. Code, Title 218, Section 1001)

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: Mr. *First Name: Chad

Middle Name:

*Last Name: Scroggins

Suffix:

*Title: County Manager

*Telephone Number: 205-670-6500 Fax Number:

* Email: cscroggins@shelbyal.com

*Signature of Authorized Representative: *Date Signed: 9/25/23

ATTACHMENT A

# GRANT AGREEMENT
# ENGINEERING WORKSHEET

**PART A (PREPARED BY AIRPORT OWNER'S ENGINEER OR REPRESENTATIVE)**

Airport: EET    Location: Alabaster, Alabama    Proj. No.:

| Brief Item Description *(See reverse for typical descriptions)* | % Fed | Units | RW | (1) Const or Land Cost | (2) Eng /Land Incidental | (3) Admin | (4) Total | (5) Federal | (6) Non-Federal |
|---|---|---|---|---|---|---|---|---|---|
| AIP [illegible] Storage Hangar [illegible] Reimbursement (Phase [illegible]) | 90% | | | $166,667 | $0 | $0 | $166,667 | $150,000 | $16,667 |
| TOTALS | | | | $166,667 | $0 | $0 | $166,667 | $150,000 | $16,667 |

(7) Recommended work description for grant offer:

(8) Justification for any increase in T/A amount of $0 *(if no increase, enter "N/A"):*

N/A

Signature of Airport Owner's Engineer: Date:

**PART B (PREPARED BY FAA ENGINEER)**
**Land Acquisition and Relocation Assistance Only**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. People or businessed (were/are) loc'd on land?<br>2. Only necessary land is included?<br>3. Land costs are reasonable? | | | 4a. Land costs are based on appraisals, or<br>b. based on actual costs for reimbursements?<br>5. Requested land not in previous GA & deleted? | | |

**All Projects (Land and Construction)**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 6. Exhibit "A" received and correct?<br>7. Project application signed and correct?<br>8. All work in P & S in grant offer?<br>9. Stage construction?<br>10. Cost based on bids?<br>11. Force account? | | | 12. P & S are in accordance with EIS / FONSI?<br>13. Costs are reasonable?<br>14. Air/water quality certification received?<br>15. Sponsor legally obligated to relocate utility?<br>16a. Surplus property land sale proceeds available?<br>b. If so, are they applied to this project? | | |

17. Comments on above numbered items

18. Recommended special conditions for grant:

Signature of FAA Project Manager: Date:

IAN-ADO 5100-4 (4/3/2001)

# Shelby County Airport

9/11/2023

| Project Name | Projected Amount | FAA Amount | State Amount | Local Amount |
|---|---|---|---|---|
| **Shelby County Airport** | | | | |
| 2024 | | | | |
| AIP Mass Storage Hangar D Reimbursement (Phase 2) | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 1) | $976,667.00 | (90.0%) $879,000.00 | (5.0%) $48,833.00 | (5.0%) $48,834.00 |
| **Year Total** | $1,143,334.00 | $1,029,000.00 | $57,166.00 | 57,168.00 |
| 2025 | | | | |
| AIP Mass Storage Hangar D Reimbursement (Phase 3) | $70,672.00 | (90.0%) $63,605.00 | (5.0%) $3,534.00 | (5.0%) $3,533.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 2) | $327,778.00 | (90.0%) $295,000.00 | (5.0%) $16,389.00 | (5.0%) $16,389.00 |
| **Year Total** | $398,450.00 | $358,605.00 | $19,923.00 | 19,922.00 |
| 2026 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 3) | $327,778.00 | (90.0%) $295,000.00 | (5.0%) $16,389.00 | (5.0%) $16,389.00 |
| **Year Total** | $494,445.00 | $445,000.00 | $24,722.00 | 24,723.00 |
| 2027 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| **Year Total** | $166,667.00 | $150,000.00 | $8,333.00 | 8,334.00 |
| 2028 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| **Year Total** | $166,667.00 | $150,000.00 | $8,333.00 | 8,334.00 |
| 2029 | | | | |
| AIP Runway Overlay Design | $219,300.00 | (90.0%) $197,370.00 | (5.0%) $10,965.00 | (5.0%) $10,965.00 |
| **Year Total** | $219,300.00 | $197,370.00 | $10,965.00 | 10,965.00 |
| **Airport Total** | $2,588,863.00 | $2,329,975.00 | $129,442.00 | 129,446.00 |
| **Grand Total** | $2,588,863.00 | $2,329,975.00 | $129,442.00 | 129,446.00 |

1

**SHELBY COUNTY AIRPORT**
**SHELBY COUNTY, ALABAMA**

**FY 2024 PRE-APPLICATION**

**Mass Storage Hangar D Reimbursement**

| | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | PERMANENT ALDOT 703-A SOLID BLUE, CLASS 1 TYPE "A" | 38 | SF | $25.00 | $950.00 |
| 2 | PERMANENT ALDOT 703-A SOLID YELLOW, CLASS 1 TYPE "A" | 105 | SF | $25.00 | $2,625.00 |
| 3 | PERMANENT ALDOT 703-B HANDICAP SYMBOL, CLASS 1 TYPE "A" | 1 | EACH | $100.00 | $100.00 |
| 4 | R7-8 AND R7-8P SIGN INSTALLED ON ONE POST | 1 | EACH | $100.00 | $100.00 |
| 5 | CONSTRUCTION SAFETY AND SECURITY | 1 | LS | $3,000.00 | $3,000.00 |
| 6 | CONSTRUCTION SITE MANAGEMENT | 1 | LS | $3,000.00 | $3,000.00 |
| 7 | 4-INCH ALDOT 424-A SUPERPAVE BITUMINOUS CONCRETE | 176 | TON | $151.98 | $26,748.48 |
| 8 | VARIABLE DEPTH (2-6 INCH OVERLAY) ALDOT 424-A SUPERPAVE | 112 | TON | $180.55 | $20,221.60 |
| 9 | 80'X80' MASS STORAGE HANGAR | 1 | LS | $395,469.00 | $395,469.00 |
| 10 | INSTALLATION AND REMOVAL OF SILT FENCE | 260 | LF | $3.75 | $975.00 |
| 11 | INSTALLATION AND REMOVAL OF WATTLES | 60 | LF | $3.50 | $210.00 |
| 12 | MOBILIZATION (MAXIMUM 5% OF TOTAL BID) | 1 | LS | $5,500.00 | $5,500.00 |
| 13 | 15-INCH, CLASS III, REINFORCED CONCRETE PIPE, INSTALLED | 118 | LF | $51.75 | $6,106.50 |
| 14 | AIRFIELD GRATE INLET | 1 | EACH | $4,025.00 | $4,025.00 |
| 15 | ALDOT, CLASS 1, 15-INCH RCP SLOPE PAVED HEADWALL | 1 | EACH | $2,875.00 | $2,875.00 |
| 16 | CONCRETE DRAINAGE FLUME | 335 | SF | $16.10 | $5,393.50 |
| 17 | CONCRETE SPLASH PAD | 9 | EACH | $253.00 | $2,277.00 |
| 18 | ASPHALT MILLING (VARIABLE DEPTH, 0-2 INCHES) | 715 | SY | $15.47 | $11,061.05 |
| 19 | ASPHALT PAVEMENT REMOVAL | 795 | SY | $6.33 | $5,032.35 |
| 20 | ASPHALT SURFACE REPAIR | 0 | SY | $48.30 | $0.00 |
| 21 | FULL DEPTH SAWCUT | 270 | LF | $4.25 | $1,147.50 |
| 22 | PARTIAL DEPTH SAWCUT | 221 | LF | $4.25 | $939.25 |
| 23 | UNCLASSIFIED EXCAVATION | 145 | CY | $34.50 | $5,002.50 |
| 24 | BORROW EXCAVATION | 124 | CY | $57.50 | $7,101.83 |
| 25 | UNSUITABLE EXCAVATION | 685 | CY | $43.70 | $29,932.75 |
| 26 | CRUSHED AGGREGATE BASE COURSE, 6-INCH THICKNESS | 215 | SY | $48.76 | $10,483.40 |
| 27 | CRUSHED AGGREGATE BASE COURSE, 9-INCH THICKNESS | 638 | SY | $34.79 | $22,196.02 |
| 28 | CRUSHED AGGREGATE BASE COURSE, VARIABLE THICKNESS, | 95 | TON | $35.00 | $3,325.00 |
| 29 | EMULSIFIED ASPHALT PRIME COAT | 0 | GAL | $9.20 | $0.00 |
| 30 | EMULSIFIED ASPHALT TACK COAT | 150 | GAL | $9.20 | $1,380.00 |
| 31 | 6-INCH CONCRETE APRON | 112 | SY | $49.80 | $5,577.60 |
| 32 | 4-INCH CONCRETE SIDEWALK | 631 | SF | $5.75 | $3,628.25 |
| 33 | SODDING | 700 | SY | $7.50 | $5,250.00 |

| | |
|---|---|
| CONSTRUCTION TOTAL | $591,633.58 |
| ENGINEERING DESIGN & CONSTRUCTION ADMIN (GARVER) | $82,360.58 |
| OWNER ADMIN (TERRACON INSPECTIONS AND TESTING) | $3,430.00 |
| OWNER ADMIN (ADVERTISING) | $5,675.38 |
| TOTAL | $683,099.54 |

| Funding Shares: | $683,099.54 |
|---|---|
| FAA (90%) | $614,789.58 |
| State (5%) | $34,155.00 |
| Local (5%) | $34,154.95 |

| | | Federal | | Total |
|---|---|---|---|---|
| AIP 2021* | $ | 112,428.00 | $ | 112,428.00 |
| AIP 2022 | $ | 150,000.00 | $ | 166,666.67 |
| AIP 2023 | $ | 150,000.00 | $ | 166,666.67 |
| AIP 2024 | $ | 150,000.00 | $ | 166,666.67 |
| AIP 2025 | $ | 63,605.00 | $ | 70,672.22 |
| | $ | 626,033.00 | $ | 683,100.22 |

*No Matching Funds Required 2021

# Shelby County Airport; Shelby County, Alabama
# FY 2024 Pre-Application
# Project Justification

**Mass Storage Hangar D Construction Reimbursement**

In early 2021, the Shelby County Commission applied for and received a multi-year grant using their AIP entitlement funds to begin construction of an 80' x 80' mass storage hangar along the previously constructed north apron.

The project began construction in the summer of 2021 and was completed in March 2022.

This hangar is currently leased and generating additional airport operations, fuel sales, and other revenue for the Airport and Shelby County as a whole.

Additionally, the airport's airside needs are currently met and the overall airport is regularly maintained. As such, the Shelby County Commission would like to request additional reimbursement for the remainder of the hangar construction costs using the Airport's 2024 and 2025 AIP entitlement funds.

# SHELBY COUNTY AIRPORT, SHELBY COUNTY, ALABAMA
## EET - CAPITAL IMPROVEMENT PLAN
## FY 2024 - 2042

GARVER



## PROJECT SCHEDULE

| *LEGEND* | *YEAR* | *PROJECT DESCRIPTION* |
|---|---|---|
| | AIP 2024-2025 | MASS STORAGE HANGAR D REIMBURSEMENT |
| | AIG 2024-2026 | PROPOSED MASS STORAGE HANGAR T DESIGN & CONSTRUCTION |
| | AIP 2026-2028 | ROLLOVER AND BANK FOR RUNWAY OVERLAY |
| | AIP 2029 | RUNWAY OVERLAY DESIGN |
| | AIP2030 | RUNWAY OVERLAY CONSTRUCTION |
| | AIP 2031 | TAXIWAY OVERLAY |
| | AIP 2032-2033 | ALD/CIP UPDATES, AIRFIELD LIGHTING DESIGN & CONSTRUCTION |
| | AIP 2034-2040 | BOX HANGAR DESIGN & CONSTRUCTION |
| | AIP 2041 | LAND ACQUISITION |
| | AIP 2042 | SOUTHERN TAXILANES AND T-HANGARS, DESIGN & CONSTRUCTION |

**Shelby County Airport; Shelby County, Alabama**
**FY 2024 Pre-Application**
**Project Photographs**

**Mass Storage Hangar D**



OMB Number: 4040-0004
Expiration Date: 11/30/2025

**Application for Federal Assistance SF-424**

| | | |
|---|---|---|
| *1. Type of Submission:<br>☒ Preapplication<br>☐ Application<br>☐ Changed/Corrected Application | *2. Type of Application<br>☒ New<br>☐ Continuation<br>☐ Revision | * If Revision, select appropriate letter(s):<br><br>* Other (Specify) |
| *3. Date Received:<br>2023-09-11 | 4. Applicant Identifier:<br>EET 2 | |
| 5a. Federal Entity Identifier:<br>10003 | *5b. Federal Award Identifier: | |

**State Use Only:**

| | |
|---|---|
| 6. Date Received by State: | 7. State Application Identifier: |

**8. APPLICANT INFORMATION:**

*a. Legal Name: Shelby County Commission

| | |
|---|---|
| *b. Employer/Taxpayer Identification Number (EIN/TIN): | *c. UEI: |

**d. Address:**

*Street 1: 265 Weathervane Road
Street 2:
*City: Calera
County/Parish: SHELBY COUNTY
*State: Province: AL
*Country:
*Zip / Postal Code United States
35040-5484

**e. Organizational Unit:**

| | |
|---|---|
| Department Name:<br>Alabaster, SHELBY COUNTY | Division Name: |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: *First Name: Terry
Middle Name:
*Last Name: Franklin
Suffix:

Title: Supervisor, Aviation and General Services

Organizational Affiliation:
Shelby County, Alabama

*Telephone Number: 205-670-6352 Fax Number: 205-621-9621

*Email: tfranklin@shelbyal.com

**Application for Federal Assistance SF-424**

***9. Type of Applicant 1: Select Applicant Type:**

B. County Government

Type of Applicant 2: Select Applicant Type:

Pick an applicant type

Type of Applicant 3: Select Applicant Type:

Pick an applicant type

*Other (Specify)

***10. Name of Federal Agency:**

Federal Aviation Administration

**11. Catalog of Federal Domestic Assistance Number:**

20.106

CFDA Title:

Airport Improvement Program

***12. Funding Opportunity Number:**

*Title:

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

***15. Descriptive Title of Applicant's Project:**

AIG/BIL Mass Storage Hangar T Reimbursement (Phase 1)

**Attach supporting documents as specified in agency instructions.**

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

*a. Applicant: 6 *b. Program/Project: 6

Attach an additional list of Program/Project Congressional Districts if needed.

**17. Proposed Project:**

*a. Start Date: *b. End Date:

**18. Estimated Funding ($):**

| | |
|---|---|
| *a. Federal | 879000.00 |
| *b. Applicant | $ 0 |
| *c. State | 48833.00 |
| *d. Local | 48834.00 |
| *e. Other | $ 0 |
| *f. Program Income | $ 0 |
| *g. TOTAL | 976,667.00 |

***19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on ____________.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

***20. Is the Applicant Delinquent On Any Federal Debt?**

☐ Yes ☒ No

**If "Yes", explain:**

21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U. S. Code, Title 218, Section 1001)

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: Mr. *First Name: Chad

Middle Name:

*Last Name: Scroggins

Suffix:

*Title: County Manager

*Telephone Number: 205-670-6500 Fax Number:

* Email: cscroggins@shelbyal.com

*Signature of Authorized Representative: *Date Signed: 9/25/23

ATTACHMENT A

## GRANT AGREEMENT
## ENGINEERING WORKSHEET

**PART A (PREPARED BY AIRPORT OWNER'S ENGINEER OR REPRESENTATIVE)**

Airport: EET Location: Alabaster, Alabama Proj. No.:

| Brief Item Description (*See reverse for typical descriptions*) | % Fed Units RW | (1) Const or Land Cost | (2) Eng./Land Incidental | (3) Admin | (4) Total | (5) Federal | (6) Non-Federal |
|---|---|---|---|---|---|---|---|
| [illegible] | 90% | $860,920 | $112,250 | $3,497 | $976,667 | $879,000 | $97,667 |
| TOTALS | | $860,920 | $112,250 | $3,497 | $976,667 | $879,000 | $97,667 |

(7) Recommended work description for grant offer:

(8) Justification for any increase in T/A amount of $0 (*if no increase, enter "N/A"*):

N/A

Signature of Airport Owner's Engineer: Date:

**PART B (PREPARED BY FAA ENGINEER)**
Land Acquisition and Relocation Assistance Only

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. People or businesses (were/are) loc'd on land?<br>2. Only necessary land is included?<br>3. Land costs are reasonable? | | | 4a. Land costs are based on appraisals, or<br>b. based on actual costs for reimbursements?<br>5. Requested land not in previous GA & deleted? | | |

All Projects (Land and Construction)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 6. Exhibit "A" received and correct?<br>7. Project application signed and correct?<br>8. All work in P & S in grant offer?<br>9. Stage construction?<br>10. Cost based on bids?<br>11. Force account? | | | 12. P & S are in accordance with EIS / FONSI?<br>13. Costs are reasonable?<br>14. Air/water quality certification received?<br>15. Sponsor legally obligated to relocate utility?<br>16a. Surplus property land sale proceeds available?<br>b. If so, are they applied to this project? | | |

17. Comments on above numbered items

18. Recommended special conditions for grant:

Signature of FAA Project Manager: Date:

JAN-ADO 5100-4 (4/3/2001)

# Shelby County Airport

9/11/2023

| Project Name | Projected Amount | FAA Amount | State Amount | Local Amount |
|---|---|---|---|---|
| **Shelby County Airport** | | | | |
| 2024 | | | | |
| AIP Mass Storage Hangar D Reimbursement (Phase 2) | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 1) | $976,667.00 | (90.0%) $879,000.00 | (5.0%) $48,833.00 | (5.0%) $48,834.00 |
| **Year Total** | $1,143,334.00 | $1,029,000.00 | $57,166.00 | 57,168.00 |
| 2025 | | | | |
| AIP Mass Storage Hangar D Reimbursement (Phase 3) | $70,672.00 | (90.0%) $63,605.00 | (5.0%) $3,534.00 | (5.0%) $3,533.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 2) | $327,778.00 | (90.0%) $295,000.00 | (5.0%) $16,389.00 | (5.0%) $16,389.00 |
| **Year Total** | $398,450.00 | $358,605.00 | $19,923.00 | 19,922.00 |
| 2026 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| AIG/BIL Mass Storage Hangar T Reimbursement (Phase 3) | $327,778.00 | (90.0%) $295,000.00 | (5.0%) $16,389.00 | (5.0%) $16,389.00 |
| **Year Total** | $494,445.00 | $445,000.00 | $24,722.00 | 24,723.00 |
| 2027 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| **Year Total** | $166,667.00 | $150,000.00 | $8,333.00 | 8,334.00 |
| 2028 | | | | |
| AIP Rollover & Bank for Runway Overlay | $166,667.00 | (90.0%) $150,000.00 | (5.0%) $8,333.00 | (5.0%) $8,334.00 |
| **Year Total** | $166,667.00 | $150,000.00 | $8,333.00 | 8,334.00 |
| 2029 | | | | |
| AIP Runway Overlay Design | $219,300.00 | (90.0%) $197,370.00 | (5.0%) $10,965.00 | (5.0%) $10,965.00 |
| **Year Total** | $219,300.00 | $197,370.00 | $10,965.00 | 10,965.00 |
| **Airport Total** | $2,588,863.00 | $2,329,975.00 | $129,442.00 | 129,446.00 |
| **Grand Total** | $2,588,863.00 | $2,329,975.00 | $129,442.00 | 129,446.00 |

## Shelby County Airport; Shelby County, Alabama
## FY 2024 Pre-Application
## Project Photographs

Mass Storage Hangar T



Northeast corner of project site - facing west



East side of project site - facing south



Southeast corner of project site - facing north



Southeast corner of project site - facing west

**SHELBY COUNTY AIRPORT, SHELBY COUNTY, ALABAMA**
**EET - CAPITAL IMPROVEMENT PLAN**
**FY 2024 - 2042**

GARVER



**PROJECT SCHEDULE**

| *LEGEND* | *YEAR* | *PROJECT DESCRIPTION* |
|---|---|---|
| | AIP 2024-2025 | MASS STORAGE HANGAR D REIMBURSEMENT |
| | AIG 2024-2026 | PROPOSED MASS STORAGE HANGAR T DESIGN & CONSTRUCTION |
| | AIP 2026-2028 | ROLLOVER AND BANK FOR RUNWAY OVERLAY |
| | AIP 2029 | RUNWAY OVERLAY DESIGN |
| | AIP2030 | RUNWAY OVERLAY CONSTRUCTION |
| | AIP 2031 | TAXIWAY OVERLAY |
| | AIP 2032-2033 | ALD/CIP UPDATES, AIRFIELD LIGHTING DESIGN & CONSTRUCTION |
| | AIP 2034-2040 | BOX HANGAR DESIGN & CONSTRUCTION |
| | AIP 2041 | LAND ACQUISITION |
| | AIP 2042 | SOUTHERN TAXILANES AND T-HANGARS, DESIGN & CONSTRUCTION |

**SHELBY COUNTY AIRPORT**
**SHELBY COUNTY, ALABAMA**
**ENGINEER'S ESTIMATE OF PROBABLE COST**
**FY 2024 PRE-APPLICATION**

**Mass Storage Hangar T**

| | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | PERMANENT ALDOT 703-A SOLID YELLOW, CLASS 1 TYPE "A" | 877 | SF | $3.00 | $2,631.00 |
| 2 | CONSTRUCTION SAFETY, SECURITY, AND SITE MANAGEMENT | 1 | LS | $30,000.00 | $30,000.00 |
| 3 | 2-INCH ALDOT 424-A SUPERPAVE BITUMINOUS CONCRETE | 275 | TON | $175.00 | $48,125.00 |
| 4 | 2-INCH ALDOT 424-A BITUMINOUS CONCRETE BINDER SURFACE | 185 | TON | $155.00 | $28,675.00 |
| 5 | VARIABLE DEPTH (0 - 1.5 INCH) ALDOT 424-A SUPERPAVE | 14 | TON | $175.00 | $2,450.00 |
| 6 | MASS STORAGE HANGAR T (147'x80') | 1 | LS | $882,000.00 | $882,000.00 |
| 7 | TEMPORARY SEEDING AND MULCHING | 1,078 | SY | $2.00 | $2,156.00 |
| 8 | TEMPORARY SILT FENCE | 380 | LF | $10.00 | $3,800.00 |
| 9 | TEMPORARY WATTLE DITCH CHECK | 90 | LF | $15.00 | $1,350.00 |
| 10 | MOBILIZATION (MAXIMUM 10% OF TOTAL BID) | 1 | LS | $123,043.00 | $123,043.00 |
| 11 | 15-INCH, CLASS III, REINFORCED CONCRETE PIPE | 27 | LF | $250.00 | $6,750.00 |
| 12 | SLOPE PAVED HEADWALL (ALDOT SD# HW-614-SP), 15-INCH RCP | 1 | EA | $2,500.00 | $2,500.00 |
| 13 | PAVEMENT REMOVAL | 3,097 | SY | $15.00 | $46,455.00 |
| 14 | PAVEMENT MARKINGS REMOVAL | 40 | SF | $5.00 | $200.00 |
| 15 | PAVEMENT REPAIR | 377 | SY | $50.00 | $18,850.00 |
| 16 | PAVEMENT MILLING | 1,138 | SY | $20.00 | $22,760.00 |
| 17 | PIPE REMOVAL | 57 | LF | $25.00 | $1,425.00 |
| 18 | SAWCUT FULL DEPTH | 391 | LF | $3.00 | $1,173.00 |
| 19 | EXCAVATION (UNCLASSIFIED) | 120 | CY | $20.00 | $2,400.00 |
| 20 | EXCAVATION (BORROW) | 261 | CY | $35.00 | $9,135.00 |
| 21 | EXCAVATION (UNSUITABLE) | 1,384 | CY | $40.00 | $55,360.00 |
| 22 | CRUSHED AGGREGATE BASE COURSE, 8-INCH THICKNESS | 1,175 | SY | $20.00 | $23,500.00 |
| 23 | EMULSIFIED ASPHALT PRIME COAT | 353 | GAL | $5.00 | $1,765.00 |
| 24 | EMULSIFIED ASPHALT TACK COAT | 276 | GAL | $5.00 | $1,380.00 |
| 25 | 4-INCH CONCRETE SIDEWALK | 318 | SY | $50.00 | $15,900.00 |
| 26 | 4-INCH CONCRETE DITCH | 328 | SY | $60.00 | $19,680.00 |
| 27 | SODDING | 1,078 | SY | $10.00 | $10,780.00 |

| | |
|---|---|
| CONSTRUCTION TOTAL (ESTIMATED) | $1,364,253.00 |
| ENGINEERING DESIGN & CONSTRUCTION ADMIN | $112,250.00 |
| OWNER ADMIN (ESTIMATED) | $3,497.00 |
| TOTAL | $1,480,000.00 |

| | |
|---|---|
| Funding Shares: | $1,480,000.00 |
| FAA (90%) | $1,332,000.00 |
| State (5%) | $74,000.00 |
| Local (5%) | $74,000.00 |

| | Federal | Total |
|---|---|---|
| AIG/BIL 2022 | $ 295,000.00 | $ 327,777.78 |
| AIG/BIL 2023 | $ 292,000.00 | $ 324,444.44 |
| AIG/BIL 2024 (estimated) | $ 292,000.00 | $ 324,444.44 |
| AIG/BIL 2025 (estimated) | $ 292,000.00 | $ 324,444.44 |
| AIG/BIL 2026 (estimated) | $ 161,000.00 | $ 178,888.89 |
| | $ 1,332,000.00 | $ 1,480,000.00 |


PROPOSED MASS HANGAR (149'X80')
MAXIMUM WINGSPAN 32'
PER TLOFA REQUIREMENTS
EET - 149'X80' MASS HANGAR EXHIBIT

## Shelby County Airport; Shelby County, Alabama
## FY 2024 Pre-Application
## Project Justification

**Mass Storage Hangar T Design & Construction**

The Shelby County Commission has spent the last few years updating the Shelby County Airport. Additionally, the County reports that the runway is in good shape, with one longitudinal centerline crack, which will be addressed in an upcoming pavement maintenance project.

As the Airport's airside needs have been met, the Shelby County Commission intends to design and construct a 147' x 80' mass storage hangar along the existing midfield apron. A portion of the apron will need to be reconstructed to accommodate the large door opening; and an existing underutilized shade hangar located on a portion of the project site will also be removed by the County as part of this project.

Construction for this new hangar is tentatively scheduled to begin in the fall of 2023, with completion expected in 2024.

This additional hangar would accommodate more aircraft and provide valuable hangar space for prospective tenants, while serving as a source of revenue for the Airport.

Therefore, the County would like to plan and tentatively obligate their remaining FY 2022-2024 AIG/BIL and future AIG/BIL funds to reimburse the County for this newly proposed hangar.